IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

|  |  |
|---|---|
| TERESA NG<br>10404 Falls Forest Place<br>Great Falls, VA 22066<br><br>Plaintiff,<br><br>v.<br><br>UBS Financial Services, Inc.<br>1501 K Street, N.W.<br>Washington, D.C. 20001<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.: 05-0006615<br>)  Judge Natalia Combs Greene<br>)<br>)<br>)<br>)<br>)<br>) |

RECEIVED
Civil Clerk's Office
SEP 2 2 2005
Superior Court of the
District of Columbia
Washington, D.C.

## DEFENDANT'S CONSENT MOTION FOR EXTENSION OF TIME

Now comes Defendant, UBS Financial Services, Inc., by and through its undersigned counsel, and files this Consent Motion for Extension of Time to answer, move or otherwise respond to Plaintiff's Complaint in this matter, and in support thereof states as follows:

Defendant's Response to Plaintiff's Complaint is currently due on September 22, 2005. Due to previously scheduled commitments by Defendant's Counsel, Defendant requests an extension of time to October 7, 2005 to answer, move or otherwise respond to Plaintiff's Complaint. Defendant's Counsel has contacted Plaintiff's Counsel regarding this request and Plaintiff consents to this motion.

FILED
SEP 3 0 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1-WA/2456950.1

**WHEREFORE,** Defendant respectfully requests this Court to enter an Order extending the time to answer, move or otherwise respond to the Complaint until October 7, 2005.

Dated: September 22, 2005

Respectfully submitted,

_Karen E. Gray_
Karen E. Gray (D.C. Bar No. 472341)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave., N.W.
Washington, D.C. 20004
(202) 739-3000
(202) 739-3001 (Fax)

OF COUNSEL:

David A. McManus
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178-0060
(212) 309-6000
(212) 309-6001 (Fax)

*Attorneys for Defendant UBS Financial Services, Inc.*

1-WA/2456950.1

## IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CIVIL DIVISION

|  |  |
|---|---|
| TERESA NG ) <br> 10404 Falls Forest Place ) <br> Great Falls, VA 22066 ) <br>           ) <br>     Plaintiff, ) <br>           ) <br>  v.       ) <br>           ) <br> UBS Financial Services, Inc. ) <br> 1501 K Street, N.W. ) <br> Washington, D.C. 20001 ) <br>           ) <br>     Defendant. ) | Civil Action No.: 05-0006615 <br> Judge Natalia Combs Greene |

### **ORDER**

Upon consideration of Defendant's Consent Motion for Extension of Time to answer, move or otherwise respond to Plaintiff's Complaint, it is hereby **ORDERED** that Defendant's Motion is **GRANTED**.

IT IS FURTHER ORDERED that Defendant shall have until October 7, 2005 to answer, move or otherwise respond to Plaintiff's Complaint.

So ordered this _____ day of September, 2005.

_____
Judge Natalia Combs Greene

1-WA/2456950.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of September, 2005, a true and correct copy of the foregoing Defendant's Consent Motion for Extension of Time and proposed Order was sent via United States mail, postage prepaid, to:

>Alan Lescht, Esq.
>1050 17th St, NW, Suite 220
>Washington, D.C. 20036

_____
Karen E. Gray