SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

05-0006615

Teresa Ng                              *     C.A. No.
10404 Falls Forest Place               *
Great Falls, VA 22066                  *     Jury Trial Demanded
                                       *
     Plaintiff,                        *
                                       *
v.                                     *
                                       *
UBS Financial Services, Inc.           *
1501 K St., NW                         *
Wash., D.C. 20001                      *
                                       *
     Defendant.                        *
************************************************************

FILED
CIVIL ACTIONS BRANCH
AUG 1 9 2005
Superior Court
of the District of Columbia
Washington, D.C.

## COMPLAINT

Plaintiff, by counsel, complains of the Defendant as follows:

### VENUE AND JURISDICTION

1. This Court has venue and jurisdiction over the claims asserted herein because Defendant formerly employed Plaintiff in the District of Columbia and the alleged unlawful acts were committed here.

### THE PARTIES

2. Teresa Ng is female, Asian, and resides at 10404 Falls Forest Place, Great Falls, VA 22066.

3. On information and belief, defendant UBS Financial Services, Inc., is a corporation that formerly employed Plaintiff in Washington, D.C., and has its local offices at 1501 K St., NW, Wash., DC, and employs more than 15 people.

### FACTS RELEVANT TO ALL COUNTS

4. Plaintiff began working for Defendant as a cashier in or about March 2001.

5. Plaintiff was subjected to unwanted sexual advances and hostile work environment sexual harassment by a male co-worker.

6. The male co-worker also subjected Plaintiff to hostile work environment harassment on the



basis of her Asian race/ethnicity.

7. Plaintiff complained about the co-worker's sexual harassment and racial harassment to management but it continued.

8. Defendant failed to take appropriate remedial action to stop the sexual harassment and racial harassment.

9. Defendant terminated Plaintiff's employment in or about August 2001. The reason given for the termination of her employment was false. The true reason Defendant terminated Plaintiff's employment was because she complained about what she in reasonable good faith believed to have been unlawful sexual harassment and racial harassment.

10. Plaintiff has suffered, and continues to suffer, pain and injury, mental anguish, lost pay, lost benefits, and emotional distress as a result of the unlawful conduct of the Defendant.

11. Defendant has acted in bad faith, in reckless disregard of Plaintiffs' civil rights, and with malice.

## COUNT 1

12. Plaintiff repeats and realleges the allegations contained in paragraphs 1-11 as if more fully set forth herein.

13. By and through its conduct, the Defendant violated the D.C. Human Rights Act by discriminating against Plaintiff because Plaintiff opposed and complained about what she in reasonable good faith believed to have been sexual harassment and racial harassment.

14. Plaintiff demands a trial by jury.

## COUNT 2

15. Plaintiff repeats and realleges the allegations contained in paragraphs 1-14 as if more fully set forth herein.

16. By and through its conduct, the Defendant violated the D.C. Human Rights Act by subjecting Plaintiff to unlawful sexual harassment.

2

17. Plaintiff demands a trial by jury.

## COUNT 3

18. Plaintiff repeats and realleges the allegations contained in paragraphs 1-17 as if more fully set forth herein.

19. By and through its conduct, the Defendant violated the D.C. Human Rights Act by subjecting Plaintiff to unlawful racial harassment.

20. Plaintiff demands a trial by jury.

## COUNT 4

21. Plaintiff repeats and realleges the allegations contained in paragraphs 1-20 as if more fully set forth herein.

22. Plaintiff filed a charge of discrimination against Defendant with the EEOC.

23. This action is filed within 90-days after Plaintiff received notice of her right to sue from EEOC.

24. By and through its conduct, the Defendant violated Title VII of Civil Rights Act of 1964, as amended, by discriminating against Plaintiff because Plaintiff opposed and complained about what she in reasonable good faith believed to have been sexual harassment and racial harassment.

25. Plaintiff demands a trial by jury.

## COUNT 5

26. Plaintiff repeats and realleges the allegations contained in paragraphs 1-25 as if more fully set forth herein.

27. By and through its conduct, the Defendant violated Title VII of Civil Rights Act of 1964, as amended, by subjecting Plaintiff to unlawful sexual harassment.

28. Plaintiff demands a trial by jury.

3

## COUNT 6

29. Plaintiff repeats and realleges the allegations contained in paragraphs 1-28 as if more fully set forth herein.

30. By and through its conduct, the Defendant violated Title VII of Civil Rights Act of 1964, as amended, by subjecting Plaintiff to unlawful racial harassment.

31. Plaintiff demands a trial by jury.

## DEMAND FOR JURY TRIAL

Plaintiffs demand a trial by jury on all counts contained in the Complaint.

Wherefore, Plaintiff demands a jury trial and judgment on Counts 1-6, and damages in amounts to be determined by a jury, but not less than 50,000, for compensatory damages for pain and suffering, emotional distress, mental anguish, lost pay/benefits, front pay, punitive damages, interest, costs and reasonable attorney's fees.

Date: August 19, 2005

Alan Lescht and Associates, P.C.

Alan Lescht (#441691)
Monique Gudger (#487597)
1050 17th St., N.W., Suite 220
Wash., D.C. 20036
(202) 463-6036
Attorneys for Plaintiff

CA Form 1

# Superior Court of the District of Columbia
## CIVIL DIVISION
500 Indiana Avenue, N.W., Room JM-170
Washington, D.C. 20001  Telephone: 879-1133

Teresa Ng
10404 Falls Forest Pl
Great Falls, VA 22066

*Plaintiff*

05-0006615

Civil Action No. _____

vs.

UBS Financial Serives, Inc.
1501 K St, NW
Wash., DC 20001

*Defendant*

**SUMMONS**

To the above named Defendant:

    You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

    You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

*Clerk of the Court*

Alan Lescht, Esq.
_____
Name of Plaintiff's Attorney
1050 17th St, NW, Suite 220
_____
Address
Wash., DC 20036
_____
202-463-6036
_____
Telephone

By _____
           Deputy Clerk

Date AUG 19 2005

PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170

YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170

NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.

CV(6)-456/May 03

# Superior Court of the District of Columbia
CIVIL DIVISION — CIVIL ACTIONS BRANCH

## INFORMATION SHEET

Teresa Ng

vs.

UBS Financial Services Inc.

Case Number: 05-0006615

Date: _____

| | |
|---|---|
| Name: (please print) Alan Lescht | Relationship to Lawsuit |
| Firm Name: Alan Lescht & Assoc., PC | ☒ Attorney for Plaintiff |
| Telephone No.: 202-463-6036    Unified Bar No.: 441691 | ☐ Self (Pro Se) |
| | Other: _____ |

TYPE OF CASE:  ☐ Non-Jury    ☒ 6 Person Jury    ☐ 12 Person Jury

Demand: $ 50,000    Other: _____

**PENDING CASE(S) RELATED TO THE ACTION BEING FILED**

Case No. _____ Judge _____ Calendar # _____

Case No. _____ Judge _____ Calendar # _____

---

NATURE OF SUIT: (Check One Box Only)

**A. CONTRACTS**
- ☐ 01 Breach of Contract
- ☐ 02 Breach of Warranty
- ☐ 06 Negotiable Instrument
- ☐ 15 Other: _____
- ☐ 07 Personal Property
- ☐ 09 Real Property-Real Estate
- ☐ 12 Specific Performance

**COLLECTION CASES**
- ☐ 14 Under $25,000 Pltf. Grants Cot
- ☐ 16 Under $25,000 Consent Deni
- ☐ 17 OVER $25,000

**B. PROPERTY TORTS**
- ☐ 01 Automobile
- ☐ 02 Conversion
- ☐ 07 Shoplifting, D.C. Code § 3-441
- ☐ 03 Destruction of Private Property
- ☐ 04 Property Damage
- ☐ 05 Trespass
- ☐ 06 Other: _____

**C. PERSONAL TORTS**
- ☐ 01 Abuse of Process
- ☐ 02 Alienation of Affection
- ☐ 03 Assault and Battery
- ☐ 04 Automobile
- ☐ 05 Deceit (Misrepresentation)
- ☐ 06 False Accusation
- ☐ 07 False Arrest
- ☐ 08 Fraud
- ☒ 09 Harassment
- ☐ 10 Invasion of Privacy
- ☐ 11 Libel and Slander
- ☐ 12 Malicious Interference
- ☐ 13 Malicious Prosecution
- ☐ 14 Malpractice Legal
- ☐ 15 Malpractice Medical
- ☐ 16 Negligence
- ☐ 17 Personal Injury
- ☐ 18 Wrongful Death
- ☐ 19 Wrongful Eviction
- ☐ 20 Other: _____
- ☐ 21 Asbestos
- ☐ 22 Toxic/Mass Torts

SEE REVERSE SIDE AND CHECK HERE ☐ IF USED

Form CV(6)-496/Feb. 95



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

TERESA NG
Vs.
UBS FINANCIAL SERVICES INC.

C.A. No.    2005 CA 006615 B

## **INITIAL ORDER**

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the Summons, the Complaint, and this Initial Order. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(o).

(3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive reading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge as an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Civil Assignment Office (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than six business days before the scheduling conference date. No other continuance of the conference will be granted except upon motion for good cause shown.

Chief Judge Rufus G. King, III

Case Assigned to: Judge NATALIA COMBS GREENE
Date: August 19, 2005
Initial Conference: 9:00 am, Friday, December 02, 2005
Location:  Courtroom 312
    500 Indiana Avenue N.W.
    WASHINGTON, DC  20001

Caio.doc

| Case Number      | Status |                          | Judge                  |
|------------------|--------|--------------------------|------------------------|
| 2005 CA 006615 B | Open   |                          | COMBS GREENE, NATALIA  |

| In The Matter Of | Action |
|---|---|
| NG, TERESA Vs. UBS FINANCIAL SERVICES INC. | Complaint for Harassment Filed |

| Party | | Attorneys |
|---|---|---|
| NG, TERESA | PLNTF | LESCHT, Mr ALAN |
| UBS FINANCIAL SERVICES INC. | DFNDT | GRAY, Ms KAREN E |

| Opened     | Disposed   | Case Type |
|------------|------------|-----------|
| 08/19/2005 | Undisposed | Civil II  |

Comments:

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr   Ref Nbr | Amount<br>Amount | Owed/<br>Dismissed | Balance Due |
|---|---|---|---|---|---|
| 1 | 09/22/05 | Motion for Extension of Time  Filed<br>Attorney: GRAY, Ms KAREN E (472341)<br>UBS FINANCIAL SERVICES INC. (Defendant);<br>Receipt: 13941  Date: 09/23/2005 | | 20.00 | 0.00 |
| 2 | 08/22/05 | Issue Date:  08/22/2005<br>Service:   Summons Issued<br>Method:   Service Issued<br>Cost Per:  $<br><br>UBS FINANCIAL SERVICES INC.<br>1501 K Street, NW<br>WASHINGTON, DC   20001<br>Tracking No: 5000005800 | | 0.00 | 0.00 |
| 3 | 08/19/05 | Event Scheduled<br>Event: Initial Scheduling Conference-60<br>Date: 12/02/2005    Time: 9:00 am<br>Judge: COMBS GREENE, NATALIA    Location:<br>Courtroom 312 | | 0.00 | 0.00 |
| 4 | 08/19/05 | Complaint for Harassment Filed  Receipt:<br>10347  Date: 08/19/2005 | | 120.00 | 0.00 |

|  | Totals By:  Cost<br>             Information<br>*** End of Report *** | 140.00<br>0.00 | 0.00<br>0.00 |
|---|---|---|---|

05 1936

FILED

SEP 3 0 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT