## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TERESA NG**<br>**10404 Falls Forest Place**<br>**Great Falls, VA 22066**<br><br>　　　　　**Plaintiff,**<br><br>　　　　　v.<br><br>**UBS FINANCIAL SERVICES INC.**<br>**1501 K Street, N.W.**<br>**Washington, DC 20001**<br><br>　　　　　**Defendant.** | Civil Action No.1:05CV01936 |

### CORPORATE DISCLOSURE STATEMENT OF UBS FINANCIAL SERVICES INC.

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant UBS Financial Services Inc. states that it is a wholly-owned subsidiary of UBS Americas Inc., which is a wholly-owned subsidiary of UBS AG, a publicly-traded corporation.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　Karen E. Gray (D.C. Bar No. 472341)
　　　　　　　　　　　　　　　　　　Heather S. Gelfuso (D.C. Bar No. 487575)
　　　　　　　　　　　　　　　　　　MORGAN, LEWIS & BOCKIUS LLP
　　　　　　　　　　　　　　　　　　1111 Pennsylvania Avenue, NW
　　　　　　　　　　　　　　　　　　Washington, DC 20004
　　　　　　　　　　　　　　　　　　202-739-3000
　　　　　　　　　　　　　　　　　　202-739-3001 (facsimile)

2

                                              OF COUNSEL:

                                              David A. McManus
                                              MORGAN, LEWIS & BOCKIUS LLP
                                              101 Park Avenue
                                              New York, NY 10178-0060
                                              212-309-6000
                                              212-309-6001 (facsimile)

Dated: October 5, 2005                 *Attorneys for Defendant UBS*
                                              *Financial Services Inc.*

# CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that I served via regular mail, postage prepaid, a copy of the foregoing Corporate Disclosure Statement of UBS Financial Services Inc. this 5th day of October 2005, upon counsel for Plaintiff:

>Alan Lescht, Esq.
>1050 17th Street, N.W.
>Suite 220
>Washington, DC 20036

                                                       /s/
                                       Heather S. Gelfuso