**US DISTRICT COURT**
**DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

Teresa Ng                                    *    Civ. Action No. Civ. Action No. 05-1936
                                             *    (GP)
                                             *
                                             *
          Plaintiff,                         *
v.                                           *
                                             *
UBS Financial Services, Inc.                 *
                                             *
          Defendant.                         *

AFFIDAVIT OF SERVICE

    I, Ellen Lescht, declare under penalty of perjury that the following information is true and

correct:
1. I am over the age of 18 and am not a party to the above entitled action.

2. I served the summons, complaint and initial order upon the defendants, by certified mail,
   return receipt requested, addressed to defendants' resident agent for service, Corporation
   Services, Co., on September 2, 2005.  The return receipt is stapled.

*Ellen Lescht*
Ellen Lescht

Sworn to before this *05* day of *October*, 2005

*Mayensi Martinez*
Notary public

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Kll*  ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name )  C. Date of Delivery<br>*Kll*  9/2/05 |
| 1. Article Addressed to:<br><br>*Corporation Service, Co.<br>1090 Vermont Ave, N.w.<br>Washington, D.C.<br>20005* | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No |
| | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from servi    7001 2510 0007 7425 7871 | |
| PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1 | |