UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TERESA NG ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Civ. Action No. 05-1936 (JGP) |
| ) | |
| UBS FINANCIAL SERVICES, INC. ) | |
| ) | |
|     Defendant. ) | |

## JOINT MEET AND CONFER STATEMENT

Pursuant to F.R.Civ.P. 26(f), L.Cv.R. 16.3, the Court's General Order and Guidelines for Civil Cases (ECF) (the "General Order"), and the November 3, 2005 Order for Initial Scheduling Hearing, the parties, through their undersigned counsel, hereby state that they conducted the conference required by those rules and Orders by telephone and reached the agreements set forth herein. Pursuant to the rules of this Court, the General Order, and the November 3, 2005 Order, counsel submit this report and a proposed Scheduling Order incorporating the parties' suggestions.

**1.     Dispositive Motions**

Plaintiff does not intend to file a dispositive motion. Defendant intends to file a motion for summary judgment after the close of discovery. There are no motions currently pending.

**2.     Joinder and Amendment**

The parties agree that third party pleadings and amended pleadings, if any, should be filed within 60 days after the entry of a Scheduling Order unless otherwise ordered by the Court for good cause shown.

1-WA/2478584.1

1

**3.**   **Magistrate Judge**

The parties do not consent to assignment of this case to a Magistrate Judge.

**4.**   **Settlement**

The parties do not consent to early mediation before a Magistrate Judge.

**5.**   **ADR**

The parties consent to mediation before a Magistrate Judge at the conclusion of discovery.

**6.**   **Dispositive Motions Schedule**

The parties propose that any dispositive motions be filed no later than 45 days after the close of discovery; any opposition be filed within 30 days after the filing of the motion; and any reply be filed within 15 days after the filing of the opposition.

**7.**   **Initial Disclosures**

The parties agree to dispense with initial disclosures under FRCivP 26(a)(1).

**8.**   **Extent of Discovery**

The parties propose that fact discovery close five months after the date the Scheduling Order is entered.  The parties agree that the limitations on discovery contained in F.R.Civ.P. 30, 33, and 34 should apply.

**9.**   **Expert Witnesses**

The parties recommend that the expert disclosures required by F.R.Civ.P. 26(a)(2) be made 45 days after the close of fact discovery; and that any rebuttal expert disclosure be made 30

days thereafter. Expert depositions, if any, are to be conducted within 30 days after all expert disclosures are completed.

**10.     Class Action**

This is not a class action lawsuit.

**11.     Bifurcation**

The parties do not seek bifurcation of discovery or trial.

**12.     Pre-trial Conference**

The parties request that the Court schedule the Pre-trial Conference at a status conference after the disposition of any dispositive motions.

**13.     Trial Date**

The parties request that the Court schedule the Trial at a status conference after the disposition of any dispositive motions.

**14.     Proposed Order**

A proposed Scheduling Order is submitted herewith.


Date: November __, 2005

                              Respectfully submitted,

                              _____/s/_____
                              Alan Lescht (D.C. Bar No. 441691)
                              Alan Lescht & Associates, P.C.
                              1050 17th St., N.W. Suite 220
                              Washington, D.C. 20036
                              (202) 463-6036
                              Attorneys for Plaintiff

1-WA/2478584.1

        /s/
Karen E. Gray (D.C. Bar No. 472341)
Heather S. Gelfuso (D.C. Bar No. 487575)
Morgan Lewis & Bockius, LLP
1111 Penn. Ave., NW
Wash., DC 20004
(202) 739-3000
Fax (202) 739-3001
Attorneys for Defendant

1-WA/2478584.1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TERESA NG                                              )| |
| )| |
|     Plaintiff,                     )| |
| )| |
| v.                                                     )| Civ. Action No. 05-1936 (JGP) |
| )| |
| UBS FINANCIAL SERVICES, INC.     )| |
| )| |
|     Defendant.                     )| |

### SCHEDULING ORDER

Upon consideration of the joint meet and confer report of the parties, it is hereby ORDERED as follows:

1. Third party pleadings and amended pleadings shall be filed within 60 days after the entry of this Order.

2. Any dispositive motions shall be filed no later than 45 days after the close of discovery, any opposition shall be filed within 30 days after service, and any reply shall be filed within 15 days after the opposition is filed.

3. Initial disclosures are not required.

4. Discovery shall close on _____, 2006.

5. Expert disclosures shall be made 45 days after the close of fact discovery; and that any rebuttal expert disclosure be made 30 days thereafter. Expert depositions, if any, are to be conducted within 30 days after all expert disclosures are completed.

6. The pre-trial conference shall be set at a status conference after the disposition of any dispositive motions.

1-WA/2478584.1

7. The trial of this case shall be set at a status conference after the disposition of any dispositive motions.

**SO ORDERED** on this ___ day of _____, 2005.

_____
Hon. John Garrett Penn
United States District Judge

1-WA/2478584.1