*UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF COLUMBIA*

| | |
|---|---|
| **TERESA NG,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**UBS FINANCIAL SERVICES, INC.** )<br>)<br>**Defendant.** ) | Civil Action No. 05-1936 (JGP) |

**SCHEDULING ORDER**

This case was removed on September 30, 2005 and reassigned to this Court on October 3, 2005. The parties submitted a joint statement [8] on November 14, 2005. Based on the representations in that statement, it is hereby **ORDERED**

1. The case will remain with this Court for all purposes. The case may be assigned to a Magistrate Judge for the purpose of resolving any discovery disputes. In the event of a discovery dispute, the parties must meet and confer in an effort to resolve the dispute. If a discovery motion is filed, the moving party must certify that the parties have met and conferred in an effort to resolve the dispute.

2. The parties shall complete all factual discovery on or before May 13, 2006

3. On or before July 7, 2006, the parties shall disclose any experts they intend to call as witnesses and file reports on those experts pursuant to Fed. R. Civ. P. 26(a)(2).

4. The parties may disclose and file reports on any rebuttal experts on or before August 7, 2006.

5. Depositions of experts, if any, are to be conducted on or before September 6, 2006.

6. The parties shall appear for a status hearing on September 13, 2006 at 10:00 A.M. in Courtroom 15.

7. The parties may file dispositive motions on or before October 23, 2006.

8. The parties may file oppositions to dispositive motions on or before November 22, 2006.

9. The parties may file replies in support of dispositive motions on or before December 7, 2006.

10. The parties shall advise the Court if they think mediation is appropriate. If the case is referred for mediation, discovery will proceed as scheduled.

**SO ORDERED.**

DATE: December 20, 2005          JOHN GARRETT PENN
                                 **United States District Judge**