**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| TERESA NG, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UBS FINANCIAL SERVICES, INC., )<br>)<br>Defendant. )<br>) | Civil Action No.: 05-1936 (JGP) |

**JOINT MOTION AND MEMORANDUM
FOR AN EXTENSION OF THE DISCOVERY PERIOD**

Plaintiff Teresa Ng and Defendant UBS Financial Services, Inc., by and through their undersigned counsel, and pursuant to Federal Rule of Civil Procedure 6(b), hereby move the Court for a sixty (60) day extension of the discovery period in the above-captioned matter, which is presently scheduled to end on May 13, 2006. For the reasons set forth more fully below, discovery cannot be completed within the present discovery period due to circumstances beyond the Parties' control.

To date, the Parties have served one another with discovery requests. The Parties, however, have not yet responded to one another's written discovery requests. Further, due to the schedules of counsel, the Parties have not yet been able to schedule or conduct depositions. In addition, counsels' schedules for the next several weeks, which includes several court appearances and out-of-town travel for Defendant's counsel, will prevent the Parties from completing discovery absent an extension of time.

WHEREFORE, for the foregoing reasons, the Parties respectfully request that the Court grant their Joint Motion for an Extension of the Discovery Period and grant the

Parties an extension of time through and including July 12, 2006, to complete fact discovery. The Parties also request a corresponding extension of the remaining deadlines in the case.

Dated: April 21, 2006.

                                        Respectfully submitted,

                                        _____/s/_____
                                        Alan Lescht (D.C. Bar No. 441691)
                                        Alan Lescht & Associates, P.C.
                                        1050 17th St., N.W. Suite 220
                                        Washington, D.C. 20036
                                        (202) 463-6036
                                        Attorneys for Plaintiff

                                        _____/s/_____
                                        Grace E. Speights (D.C. Bar No. 392091)
                                        Karen E. Gray (D.C. Bar No. 472341)
                                        Heather S. Gelfuso (D.C. Bar No. 487575)
                                        Morgan Lewis & Bockius, LLP
                                        1111 Penn. Ave., NW
                                        Wash., DC 20004
                                        (202) 739-3000
                                        Fax (202) 739-3001
                                        Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TERESA NG ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.:  05-1936 (JGP) |
| ) | |
| UBS FINANCIAL SERVICES, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of the Parties' Joint Motion for an Extension of the Discovery Period, and the entire record herein, it is this _____ day of _____, 200_, hereby

**ORDERED** that the Parties' Joint Motion for an Extension of the Discovery Period is **GRANTED**; and it is further

**ORDERED** that the Parties shall have through and including July 12, 2006, to complete fact discovery; and it is further

**ORDERED** that the remaining deadlines in this case shall each be extended by sixty days as follows:

| | |
|---|---|
| Disclosure of experts and Rule 26(a)(2) reports due | September 5, 2006 |
| Rebuttal disclosures and reports | October 5, 2006 |
| Deposition of experts completed | November 4, 2006 |
| Status Hearing | November ___, 2006 |
| Dispositive motions due | January 12, 2007 |
| Oppositions to dispositive motions due | February 12, 2007 |
| Replies in support of dispositive motions due | February 26, 2007 |

_____
Hon. John Garrett Penn
United States District Judge

1-WA/2556618.1