UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TERESA NG,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**UBS FINANCIAL SERVICES, INC.** )<br>)<br>**Defendant.** ) | Civil Action No. 05-1936 (JGP) |

**ORDER**

Upon consideration fo the Parties' Joint Motion for an Extension of the Discovery Period [10], it is hereby

**ORDERED** that the motion is granted; and it is further

**ORDERED** that the parties comply with the following discovery and dispositive motion schedule:

1. The parties shall complete all factual discovery on or before July 12, 2006

2. On or before September 5, 2006, the parties shall disclose any experts they intend to call as witnesses and file reports on those experts pursuant to Fed. R. Civ. P. 26(a)(2).

3. The parties may disclose and file reports on any rebuttal experts on or before October 5, 2006.

4. Depositions of experts, if any, are to be conducted on or before November 6, 2006.

5. The parties shall appear for a status hearing on November 14, 2006 at 10:00 A.M. in Courtroom 15.

      6.  The parties may file dispositive motions on or before January 12, 2007.

      7.  The parties may file oppositions to dispositive motions on or before February 12, 2007.

      8.  The parties may file replies in support of dispositive motions on or before February 26, 2007.

      **SO ORDERED.**


**DATE: April 25, 2006**　　　　　　　　　　　　　　　　　**JOHN GARRETT PENN**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**