**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| | ) | |
| **TERESA NG** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 1:05CV01936** |
| | ) | |
| **UBS FINANCIAL SERVICES INC.** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**SECOND JOINT MOTION AND MEMORANDUM
FOR AN EXTENSION OF THE DISCOVERY PERIOD**

Plaintiff Teresa Ng and Defendant UBS Financial Services, Inc., by and through their undersigned counsel, and pursuant to Federal Rule of Civil Procedure 6(b), hereby move the Court for an additional sixty (60) day extension of the discovery period in the above-captioned matter, which is presently scheduled to end on July 12, 2006.  For the reasons set forth more fully below, discovery cannot be completed within the present discovery period due to circumstances beyond the Parties' control.

To date, the Parties have served one another with discovery requests.  The Parties are also, however, engaged in on-going settlement discussions.  In an effort to avoid incurring additional costs, the Parties have agreed to refrain from conducting additional discovery until the settlement discussions are resolved or concluded.  As such, the Parties have not yet scheduled or conducted depositions.  Counsels' schedules for the next several weeks, which includes numerous depositions for both Plaintiff's and Defendants' counsel and out-of-town travel for Defendants' counsel, will prevent the Parties from completing settlement discussions and/or discovery absent an extension of time.

WHEREFORE the Parties request that the Court grant an extension of the discovery period for sixty days, through and including September 11, 2006.  The Parties also request a corresponding extension of the remaining deadlines in this case.

Dated:  July 10, 2006.

Respectfully submitted,


_____/s/_____
Alan Lescht, Esq. (D.C. Bar No. 441691)
Alan Lescht & Associates, P.C.
1050 17th Street, N.W.
Suite 220
Washington, DC 20036
Attorney for Plaintiff


_____/s/_____
Grace E. Speights (D.C. Bar No. 392091)
Karen E. Gray (D.C. Bar No. 472341)
Heather S. Gelfuso (D.C. Bar No. 487575)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave., N.W.
Washington, D.C.  20004
(202) 739-3000
(202) 739-3001 (Fax)
Attorneys for Defendant UBS Financial Services Inc.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| | ) | |
| **TERESA NG** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 1:05CV01936** |
| | ) | |
| **UBS FINANCIAL SERVICES INC.** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## ORDER

Upon consideration of the Parties' Second Joint Motion for an Extension of the

Discovery Period, and the entire record herein, it is this _____ day of _____, 200_, hereby

**ORDERED** that the Parties' Second Joint Motion for an Extension of the Discovery Period is **GRANTED**; and it is further

**ORDERED** that the Parties shall have through and including September 11, 2006, to complete fact discovery; and it is further

**ORDERED** that the remaining deadlines in this case shall each be extended by sixty days as follows:

| | |
|---|---|
| Disclosure of experts and Rule 26(a)(2) reports due | November 6, 2006 |
| Rebuttal disclosures and reports | December 4, 2006 |
| Deposition of experts completed | January 5, 2006 |
| Status Hearing | January ___, 2007 |
| Dispositive motions due | March 13, 2007 |
| Oppositions to dispositive motions due | April 13, 2007 |
| Replies in support of dispositive motions due | April 27, 2007 |

_____
Hon. John Garrett Penn
United States District Judge