UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TERESA NG, | ) |
| | ) |
|       **Plaintiff,** | ) |
| | ) |
|       v. | )   Civil Action No. 05-1936 (JGP) |
| | ) |
| UBS FINANCIAL SERVICES, INC. | ) |
| | ) |
|       **Defendant.** | ) |

**ORDER**

Upon consideration of the Parties' Second Joint Motion for an Extension of the Discovery Period [12], it is hereby

**ORDERED** that the motion is granted; and it is further

**ORDERED** that the parties comply with the following discovery and dispositive motion schedule:

1. The parties shall complete all factual discovery on or before September 11, 2006

2. On or before October 26, 2006, the parties shall disclose any experts they intend to call as witnesses and file expert reports pursuant to Fed. R. Civ. P. 26(a)(2).

3. The parties may disclose any rebuttal experts and file expert reports on or before November 27, 2006.

4. Depositions of experts, if any, are to be conducted on or before December 27, 2006.

5. The status hearing previously set for November 14, 2006 at 10:00 A.M. is continued to January 9, 2007 at 10:30 A.M. in Courtroom 15.

6. The parties may file dispositive motions on or before February 12, 2007.

7. The parties may file oppositions to dispositive motions on or before March 14, 2007.

8. The parties may file replies in support of dispositive motions on or before March 29, 2007.

**SO ORDERED.**


**DATE: July 10, 2006**                                        **JOHN GARRETT PENN**
                                                               **United States District Judge**