IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TERESA NG** )<br>)<br>   **Plaintiff,** )<br>)<br>   v. )<br>)<br>**UBS FINANCIAL SERVICES INC.** )<br>)<br>   **Defendant.** )<br>) | Civil Action No. 1:05CV01936 |

**THIRD JOINT MOTION AND MEMORANDUM
FOR AN EXTENSION OF THE DISCOVERY PERIOD**

     Plaintiff Teresa Ng and Defendant UBS Financial Services, Inc., by and through their undersigned counsel, and pursuant to Federal Rule of Civil Procedure 6(b), hereby move the Court for an additional sixty (60) day extension of the discovery period in the above-captioned matter, which is presently scheduled to end on September 11, 2006.  For the reasons set forth more fully below, discovery cannot be completed within the present discovery period due to circumstances beyond the Parties' control.

     To date, the Parties have served one another with discovery requests.  Until very recently, the Parties were also engaged in lengthy settlement discussions.  In an effort to avoid incurring additional costs, the Parties agreed to refrain from conducting additional discovery until the settlement discussions were resolved or concluded.  Because the settlement discussions did not conclude until very recently, the Parties have not yet scheduled or conducted depositions.  Counsels' schedules for the next several weeks, which includes depositions and out-of-town travel, will prevent the Parties from completing discovery absent an extension of time.  In addition, the Parties are discussing the possibility of mediation.

WHEREFORE the Parties request that the Court grant an extension of the discovery period for sixty days, through and including November 10, 2006. The Parties also request a corresponding extension of the remaining deadlines in this case.

Dated: September 11, 2006.

>Respectfully submitted,

>_____/s/_____
>Alan Lescht, Esq. (D.C. Bar No. 441691)
>Alan Lescht & Associates, P.C.
>1050 17th Street, N.W.
>Suite 220
>Washington, DC 20036
>Attorney for Plaintiff

>_____/s/_____
>Grace E. Speights (D.C. Bar No. 392091)
>Karen E. Gray (D.C. Bar No. 472341)
>Heather S. Gelfuso (D.C. Bar No. 487575)
>MORGAN, LEWIS & BOCKIUS LLP
>1111 Pennsylvania Ave., N.W.
>Washington, D.C. 20004
>(202) 739-3000
>(202) 739-3001 (Fax)
>Attorneys for Defendant UBS Financial Services Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **TERESA NG** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:05CV01936 |
| | ) | |
| **UBS FINANCIAL SERVICES INC.** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Upon consideration of the Parties' Third Joint Motion for an Extension of the Discovery Period, and the entire record herein, it is this _____ day of _____, 200_, hereby

**ORDERED** that the Parties' Third Joint Motion for an Extension of the Discovery Period is **GRANTED**; and it is further

**ORDERED** that the Parties shall have through and including November 10, 2006, to complete fact discovery; and it is further

**ORDERED** that the remaining deadlines in this case shall each be extended by sixty days as follows:

| | |
|---|---|
| Disclosure of experts and Rule 26(a)(2) reports due | January 5, 2007 |
| Rebuttal disclosures and reports | February 2, 2007 |
| Deposition of experts completed | March 6, 2007 |
| Status Hearing | March ___, 2007 |
| Dispositive motions due | May 14, 2007 |
| Oppositions to dispositive motions due | June 12, 2007 |
| Replies in support of dispositive motions due | June 26, 2007 |

_____
Hon. John Garrett Penn
United States District Judge

1-WA/2625771.1