UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Teresa Ng | * | Civ. Action No. Civ. Action No. 05-1936 |
| | * | (GP) |
| Plaintiff, | * | |
| v. | * | |
| UBS Financial Services, Inc. | * | |
| Defendant. | * | |

NOTICE OF APPEARANCE

Please take notice that Susan Kruger, Esq., of Alan Lescht & Assoc., PC, hereby enteres an appearance on behalf of Plaintiff in this case.

Date:  September 13, 2006

Respectfully submitted,

Susan Kruger
Alan Lescht & Associates, P.C.
1050 17th St., N.W. Suite 220
Washington, D.C. 20036
(202) 463-6036
Attorneys for Plaintiff

1