*UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF COLUMBIA*

| | |
|---|---|
| TERESA NG, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-1936 (JGP) |
| | ) |
| UBS FINANCIAL SERVICES, INC. | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Upon consideration of the parties' Third Joint Motion for an Extension of the Discovery Period [14], it is hereby

**ORDERED** that the motion is granted *nunc pro tunc*; and it is further

**ORDERED** that the parties comply with the following modified discovery and dispositive motion schedule:

1. The parties shall complete all factual discovery on or before November 10, 2006

2. On or before January 5, 2007, the parties shall disclose any experts they intend to call as witnesses and file expert reports pursuant to Fed. R. Civ. P. 26(a)(2).

3. The parties may disclose any rebuttal experts and file expert reports on or before February 2, 2007.

4. Depositions of experts, if any, are to be conducted on or before March 6, 2007.

5. The status hearing previously set for January 9, 2007 is continued to March 15, 2007 at 10:00 A.M. in Courtroom 15.

    6.  The parties may file dispositive motions on or before May 14, 2007.

    7.  The parties may file oppositions to dispositive motions on or before June 12, 2007.

    8.  The parties may file replies in support of dispositive motions on or before June 26, 2007.

    **SO ORDERED.**


**DATE: September 14, 2006**　　　　　　　　　　　　　　**JOHN GARRETT PENN**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**