IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TERESA NG** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:05CV01936 |
| ) | |
| UBS FINANCIAL SERVICES INC. ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S ANSWERS TO DEFENDANT'S
FIRST SET OF INTERROGATORIES**

Plaintiff, Teresa Ng, by counsel responds as follows to Defendant's First Set of Interrogatories:

**INTERROGATORIES**

**INTERROGATORY NO. 1:**

Identify all persons, including their addresses, telephone numbers, and job titles, who possess knowledge pertaining to any fact or issue involved in this case. Include in your response a description of the substance of their knowledge and a statement of whether you presently expect to call them as a witness at trial.

**RESPONSE TO INTERROGATORY NO. 1:**

The following people either supervised me or worked with me at Paine Webber and would have knowledge of the facts alleged in my complaint. My brother, Luis Ng, also has knowledge of the damages that I am claiming.

Desiree Jordan
Former sales assistant

Anne Marie Horvath
Former sales assistant

Claudia Garcia



1-WA/2534225.3

Former sales assistant

Luis Ng
Former cashier
Address is Same as Teresa

Nancy Dittmer
Former sales assistant

Diane Albertha
Former wire operator

Cheri Morris
Former operations manager

Coe Magruder
Former branch manager

John Bender
Assistant operations manager

Jennifer Blake
Former assistant operations manager

Benjamin Mason
Former mailroom clerk

Kevin Allen
Mailroom clerk

Karen Felong
Former sales assistant

Debbie Duvall
Former sales assistant

Alfredo Escamilla
Former back up wire operator

Kim Thomas
Sales assistant

Tamara Taylor
Sales assistant

Chastity Hicks

Receptionist

Elske Parker
Sales assistant
Janice Lytle
Branch administrator

Connie Triplett
Compliance manager

Phil Purdom
Broker

David Jennings
Broker

Mike Massie
Broker

Nina Bullard
Former secretary to Coe Magruder

Peggy Temple
Former secretary to Ray McClure

At this time, I do not know who I will call as a witness in this matter.

**INTERROGATORY NO. 2:**

Identify each document that you intend to use as evidence in support of any claim asserted in your Complaint, or in opposition to any defense or affirmative defense asserted by Defendant.

**RESPONSE TO INTERROGATORY NO. 2:**

See attached. This interrogatory will be supplemented.

**INTERROGATORY NO. 3:**

State whether you intend to rely upon any admission or admissions claimed to have been made by UBS. If your answer to this Interrogatory is anything other than an unqualified

"no," then for each such admission identify each person who allegedly made each such admission; set forth the name and current address of the employer of each such person at the time such admission was made; set forth the date and place where each such admission was made; identify each person present when each such admission was made; set forth the words alleged to constitute each such admission; if any such admission was oral, set forth the entire conversation in which such admission was made; and identify all documents concerning each such admission.

### RESPONSE TO INTERROGATORY NO. 3:

Desiree Jordan overheard Cherie Morris and Branch Administration Manager Janice Lytle commenting on how many times Mr. Mason had "messed up."

Coe Magruder told Luis Ng that Teresa seems to be working out and she seems to be nice. This occurred about 2 or 3 months into the job.

Cheri Morris did not have the required licenses to act as a manager and sign off on trades.

### INTERROGATORY NO. 4:

List each element of damages that you are claiming and include in your response the following: the category into which items of damages fall (i.e. general damages, compensatory damages, punitive damages, interest, and any other relevant categories); the factual basis for each item of damages; the amount claimed for each; and an explanation of how each amount was calculated, including any mathematical formula.

### RESPONSE TO INTERROGATORY NO. 4:

Lost wages and benefits including health insurance, 401(k), life insurance, disability, from date of termination; pain and suffering including mental anguish; defamation of character, loss of earning potential, punitive damages, attorney's fees and costs, all to be determined by the jury.

### INTERROGATORY NO. 5:

Identify any person other than counsel who has provided you with a written statement or opinion of any kind which relates to any allegation, claim, defense, or affirmative defense raised in this lawsuit.

### RESPONSE TO INTERROGATORY NO 5:

1-WA/2534225.3

4

Anne Marie Horvath

I am in the process of obtaining statements from other witnesses and will provide those statements when they are obtained.

### INTERROGATORY NO. 6:

Identify all medical practitioners, including, but not limited to, physicians, psychologists, therapists, counselors, and other health care providers from whom you have received consultation, treatment, and/or examination for any physical, mental, or emotional illness, injury, or condition from August 2000 to the present, relating to your claim of pain and suffering, emotional distress and mental anguish, as alleged on p. 4 of the Complaint; list the address of each and their specialty area of practice; and describe briefly the reason for the service(s) and the date(s) on which the service was provided.

### RESPONSE TO INTERROGATORY NO. 6:

None.

### INTERROGATORY NO. 7:

Identify any form of prescription medication that you have taken or been prescribed in connection with the pain and injury, mental anguish, and emotional distress you allegedly suffered as a result of the conduct alleged in the Complaint, and identify the doctor who prescribed such medication and when.

### RESPONSE TO INTERROGATORY NO. 7:

None.

### INTERROGATORY NO. 8:

Identify the male co-worker that you alleged subjected you to unwanted sexual advances, harassment and/or a hostile work environment based on your sex, race and/or ethnicity.

### RESPONSE TO INTERROGATORY NO. 8:

Alfredo Escamilla

### INTERROGATORY NO. 9:

Describe all sources of any income that you have received from 1998, through the present, specifying the amounts received, dates of receipt, and the sources of such income.

### RESPONSE TO INTERROGATORY NO. 9:

Rainbow Shops 1998-1999, earned approx. $26,000/year
Prudential Securities May 1999-March 2001 earned approx. $27,000/year
Unemployment compensation $7,384

### INTERROGATORY NO. 10:

Identify all experts you intend to call to testify at trial, and describe in detail the subject matter of each experts' anticipated testimony, the facts and opinions to which each expert is expected to testify, and the grounds for each opinion.

### RESPONSE TO INTERROGATORY NO. 10:

To be provided if experts are obtained.

### INTERROGATORY NO. 11:

State whether you have ever been a party to a lawsuit other than this action. If so, for each such lawsuit state: (a) name and location of the agency or court; (b) charge or court file number; (c) date commenced; (d) whether you were the plaintiff or defendant in the prior action; (e) names and addresses of all other parties and their attorneys, including a designation whether the party was a plaintiff, defendant, etcetera; (f) nature of complaint and defense; (g) present status of the suit; and (h) if concluded, the final result of the suit and the amount of any settlement or award.

### RESPONSE TO INTERROGATORY NO. 11:

No.

### INTERROGATORY NO. 12:

If you have ever complained of discrimination and/or retaliation on the basis of race, color, sex, religion and/or national origin, or for participation in protected activity, by an employer and/or an individual, excluding Defendant, either formally or informally, state the date and describe in detail the nature and resolution of each such complaint.

### RESPONSE TO INTERROGATORY NO. 12:

No.

### INTERROGATORY NO. 13:

Describe specifically and in detail all steps you have taken in an effort to mitigate the damages or any of the damages which you claim to have suffered as a result of any act or omission by or on behalf of Defendant UBS.

## RESPONSE TO INTERROGATORY NO. 13:

I have applied for retail management, sales clerk, cashier, teller positions at numerous employers including:
AFL-CIO
See's Candy
Hecht's
Citibank
Human Rights Commission
Chevy Chase Bank
Target
Best Buy
Border's
Inova Loudoun Hospital

## INTERROGATORY NO. 14:

Identify all employers with whom you are and/or were employed from August 2001 to the present, including in your response the name, address, and telephone number of the employer; the name and title of your direct supervisor(s); the nature of the employment, including your job title; the dates of employment, salary and benefits, and your reason for leaving the employer.

## RESPONSE TO INTERROGATORY NO. 14:

None.

## INTERROGATORY NO. 15:

Identify all employers with whom you have sought employment from August 2001 to the present, including in your response the name, address, and telephone number of the employer; the title of the position sought; the salary sought; whether you were interviewed for the position; whether you received a job offer; the terms of any job offer made, including salary and benefits; whether you accepted any offers made; and the reasons for refusing any offers of employment.

## RESPONSE TO INTERROGATORY NO. 15:

See interrogatory #13.
I had an interview with AFL-CIO, See's Candy, Hechts, Citibank. I did not receive any job offers.

## INTERROGATORY NO. 16

Aside from your attorney(s), state the full names, addresses, and telephone numbers of all persons who assisted in the preparation of, or who prepared, your responses to these Interrogatories, and for each individual, please state their role in preparing the Interrogatory responses and identify all documents used to prepare your responses to these Interrogatories.

## RESPONSE TO INTERROGATORY NO. 16:

My brother, Luis Ng, helped me to recall names of people who worked at Paine Webber.

I certify that the foregoing answers to interrogatories are true and correct to the best of my knowledge.

_10-11-2006_   _____/s/ Teresa Ng_____
Date                                                Teresa Ng

_____
Alan Lescht
Susan L. Kruger
Alan Lescht & Associates, PC
1050 17th Street, N.W., Suite 220
Washington, DC 20036
202-463-6036
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was hand-delivered on October 13, 2006 to:

Karen E. Gray
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004

_____
Alan Lescht