UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Teresa Ng | * | Civ. Action No. Civ. Action No. 05-1936 |
| | * | (GP) |
| Plaintiff, | * | |
| v. | * | |
| UBS Financial Services, Inc. | * | |
| Defendant. | * | |

ON CONSENT: MOTION FOR EXTENSION OF
TIME TO RESPOND TO MOTION TO COMPEL

On consent of defendant, plaintiff moves for an Order extending her time to respond to the motion to compel for one week to November 6, 2006. The reason for this request is that counsel are working on resolving the discovery dispute and are hopeful that that will resolve it without the need for judicial intervention.

Date: October 30, 2006

Respectfully submitted,

_____
Alan Lescht #441691
Alan Lescht & Associates, P.C.
1050 17th St., N.W. Suite 220
Washington, D.C. 20036
(202) 463-6036
Attorneys for Plaintiff

1