IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TERESA NG ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.:  05-1936 (JGP) |
| ) | |
| UBS FINANCIAL SERVICES, INC., ) | |
| ) | |
| Defendant. ) | |

**FOURTH JOINT MOTION AND MEMORANDUM**
**FOR AN EXTENSION OF THE DISCOVERY PERIOD**

Plaintiff Teresa Ng and Defendant UBS Financial Services, Inc., by and through their undersigned counsel, and pursuant to Federal Rule of Civil Procedure 6(b), hereby move the Court for a sixty (60) day extension of the discovery period in the above-captioned matter, which is presently scheduled to end on November 10, 2006.  For the reasons set forth more fully below, discovery cannot be completed within the present discovery period due to circumstances beyond the Parties' control.

To date, the Parties have served one another with discovery requests and responded to those discovery requests.  In addition, the Parties have attempted to schedule depositions.  Due to the schedules of Plaintiff and certain witnesses, however, the Parties will not be able to complete the depositions within the discovery period.

WHEREFORE, for the foregoing reasons, the Parties respectfully request that the Court grant their Joint Motion for an Extension of the Discovery Period and grant the Parties an extension of time through and including January 9, 2007, to complete fact

1-WA/2651930.1

discovery.  The Parties also request a corresponding extension of the remaining deadlines in the case.

Dated:  November 1, 2006.

                                                Respectfully submitted,

                                                _____/s/_____
                                                Alan Lescht (D.C. Bar No. 441691)
                                                Alan Lescht & Associates, P.C.
                                                1050 17th St., N.W. Suite 220
                                                Washington, D.C. 20036
                                                (202) 463-6036
                                                Attorneys for Plaintiff

                                                _____/s/_____
                                                Grace E. Speights (D.C. Bar No. 392091)
                                                Karen E. Gray (D.C. Bar No. 472341)
                                                Heather S. Gelfuso (D.C. Bar No. 487575)
                                                Morgan Lewis & Bockius, LLP
                                                1111 Penn. Ave., NW
                                                Wash., DC 20004
                                                (202) 739-3000
                                                Fax (202) 739-3001
                                                Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| TERESA NG | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.:  05-1936 (JGP) |
| | ) | |
| UBS FINANCIAL SERVICES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon consideration of the Parties' Fourth Joint Motion for an Extension of the Discovery Period, and the entire record herein, it is this _____ day of _____, 200_, hereby

**ORDERED** that the Parties' Fourth Joint Motion for an Extension of the Discovery Period is **GRANTED**; and it is further

**ORDERED** that the Parties shall have through and including January 9, 2007, to complete fact discovery; and it is further

**ORDERED** that the remaining deadlines in this case shall each be extended by sixty days as follows:

| | |
|---|---|
| Disclosure of experts and Rule 26(a)(2) reports due | March 6, 2007 |
| Rebuttal disclosures and reports | April 3, 2007 |
| Deposition of experts completed | January 3, 2007 |
| Status Hearing | May ___, 2007 |
| Dispositive motions due | July 13, 2007 |
| Oppositions to dispositive motions due | August 13, 2007 |
| Replies in support of dispositive motions due | August 27, 2007 |

_____
Hon. John Garrett Penn
United States District Judge