UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Teresa Ng | * | Civ. Action No. Civ. Action No. 05-1936 |
| | * | (GP) |
| | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | |
| | * | |
| UBS Financial Services, Inc. | * | |
| | * | |
| Defendant. | * | |

ORDER

Upon consideration of the on consent motion for an extension of time, it is hereby ORDERED that the motion is GRANTED and the time for plaintiff to file a response to the motion to compel is extended to November13, 2006.

_____
USDJ