UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TERESA NG, )<br>)<br>      **Plaintiff,** )<br>)<br>    v. )<br>)<br>UBS FINANCIAL SERVICES, INC. )<br>)<br>      **Defendant.** ) | Civil Action No. 05-1936 (JGP) |

**ORDER**

Upon consideration of the parties' Fourth Joint Motion for an Extension of the Discovery Period [19], it is hereby

**ORDERED** that the motion is granted; and it is further

**ORDERED** that the parties comply with the following modified discovery and dispositive motions schedule:

1. The parties shall complete all factual discovery on or before January 9, 2007;

2. On or before March 6, 2007, the parties shall disclose any experts they intend to call as witnesses and file expert reports pursuant to Fed. R. Civ. P. 26(a)(2);

3. The parties may disclose any rebuttal experts and file expert reports on or before April 3, 2007;

4. Depositions of experts, if any, are to be conducted on or before May 7, 2007;

5. The status hearing previously set for March 15, 2007, is continued to May 15, 2007, at 10:00 A.M. in Courtroom 15;

6. The parties may file dispositive motions on or before July 13, 2007;

      7.  The parties may file oppositions to dispositive motions on or before August 13, 2007; and

      8.  The parties may file replies in support of dispositive motions on or before August 27, 2007.

      **SO ORDERED.**

**DATE: November 7, 2006**　　　　　　　　　　　　　　　　　**JOHN GARRETT PENN**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**