IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TERESA NG ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:05CV01936 |
| ) | |
| UBS FINANCIAL SERVICES INC. ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES
IN OPPOSITION TO DEFENDANT'S MOTION TO COMPEL PLAINTIFF'S
MEDICAL INFORMATION AND EXECUTION OF AN AUTHORIZATION TO
<u>DISCLOSE MEDICAL INFORMATION</u>**

Plaintiff, Teresa Ng, by counsel responds as follows to Defendant's Motion to Compel Plaintiff's Medical Information and Execution of an Authorization to Disclose Medical Information:

Defendant moved to compel Ms. Ng to produce the documents requested in Defendant's First Set of Document Requests, #34 which requests:

> Any and all medical, psychological, counseling and prescription records and reports relating to treatment provided to Plaintiff from August 2000 to the present, and an executed form releasing such information to the undersigned law firm for the limited purpose of use in this lawsuit in the form annexed hereto as Exhibit B.

After receiving the Defendant's Motion to Compel, Plaintiff's attorney advised Defendant's attorney that Ms. Ng has not treated with any medical providers from August 2000 to the present. Defendant's attorney requested that Plaintiff provide a certification to that effect.

In accordance with Defendant's attorney's request, Ms. Ng provided Defendant with a certification stating the following:

> From August 2000 to the present, I have not seen any medical practitioners or other health care providers, I have not been prescribed any medication, and I have not otherwise sought any medical care or treatment by a health care provider.

After providing the certification, Plaintiff's attorney asked Defendant's attorney to withdraw her motion to compel but Defendant's attorney has not done so. Because Ms. Ng has fully and completely responded to Defendant's document request, the court should deny Defendant's motion to compel.

## Conclusion

For the foregoing reasons, defendant's motion to compel plaintiff's medical information and execution of an authorization to disclose medical information should be denied.

Respectfully submitted,

_____
Alan Lescht, DC Bar # 441691
Susan L. Kruger, DC Bar # 414566
Alan Lescht & Associates, PC
1050 17th Street, N.W., Suite 220
Washington, DC 20036
202-463-6036
202-463-6067 (fax)
Counsel for Plaintiff