IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TERESA NG | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:05CV01936 |
| | ) |
| UBS FINANCIAL SERVICES INC. | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Upon consideration of Defendant's Motion to Compel and Plaintiff's opposition thereto, it is hereby ORDERED this _____ day of _____, 2006, that Defendant's Motion to Compel is DENIED.

_____
Judge John D. Bates

4