**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TERESA NG ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.:  05-1936 (JGP) |
| ) | |
| UBS FINANCIAL SERVICES, INC., ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF WITHDRAWAL OF DEFENDANT'S MOTION TO COMPEL

Defendant UBS Financial Services, Inc., by and through its undersigned counsel, and pursuant to Federal Rule of Civil Procedure 34, hereby requests that the Court withdraw its previously filed Motion to Compel Plaintiff's Medical Information and Execution of an Authorization to Disclose Medical Information and Request for Expedited Consideration of the Motion ("Defendant's Motion").  The parties have resolved the dispute regarding Plaintiff's responses to Defendants' First Request for Production of Documents that was the subject of Defendant's Motion.

WHEREFORE, for the foregoing reasons, Defendant respectfully requests that the Court withdraw Defendant's Motion.

Dated:  November 13, 2006.

Respectfully submitted,

_____/s/_____
Grace E. Speights (D.C. Bar No. 392091)
Karen E. Gray (D.C. Bar No. 472341)
Heather S. Gelfuso (D.C. Bar No. 487575)
Morgan Lewis & Bockius, LLP
1111 Penn. Ave., NW
Wash., DC 20004
(202) 739-3000
Fax (202) 739-3001
Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TERESA NG | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No.: 05-1936 (JGP) |
| UBS FINANCIAL SERVICES, INC., | ) |
| Defendant. | ) |

## ORDER

Upon consideration of Defendant's Notice of Withdrawal of Defendant's Motion to Compel, and the entire record herein, it is this _____ day of _____, 200_, hereby **ORDERED** that Defendant's Motion to Compel Plaintiff's Medical Information and Execution of an Authorization to Disclose Medical Information and Request for Expedited Consideration of the Motion is hereby withdrawn.

_____
Hon. John Garrett Penn
United States District Judge

1-WA/2657611.1