UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TERESA NG, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-1936 (JGP) |
| | ) |
| UBS FINANCIAL SERVICES, INC. | ) |
| | ) |
| Defendant. | ) |

ORDER

This matter comes before the Court on Defendant's Notice of Withdrawal of Defendant's Motion to Compel [23]. In consideration of the notice, it is hereby

**ORDERED** that the Defendant's Motion to Compel Plaintiff's Medical Information and Execution of an Authorization to Disclose Medical Information and Request for Expedited Consideration of the Motion [17] is withdrawn.

DATE: November 15, 2006                    JOHN GARRETT PENN
                                                                  United States District Judge