**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TERESA NG, ) | |
|     Plaintiff, ) | |
| v. ) | Civil Action No.: 05-1936 (JGP) |
| UBS FINANCIAL SERVICES, INC., ) | |
|     Defendant. ) | |

**FIFTH JOINT MOTION AND MEMORANDUM**
**FOR AN EXTENSION OF THE DISCOVERY PERIOD**

Plaintiff Teresa Ng and Defendant UBS Financial Services, Inc., by and through their undersigned counsel, and pursuant to Federal Rule of Civil Procedure 6(b), hereby move the Court for a sixty (60) day extension of the discovery period in the above-captioned matter, which is presently scheduled to end on January 9, 2007. For the reasons set forth more fully below, discovery cannot be completed within the present discovery period due to circumstances beyond the Parties' control.

To date, the Parties have served one another with discovery requests and responded to those discovery requests. In addition, the Parties have attempted to complete scheduled depositions. Due to the schedules of Plaintiff and certain witnesses, however, the depositions needed to be rescheduled and the Parties will not be able to complete the depositions within the discovery period. Further, the Parties have renewed settlement discussions and wish to complete those discussions prior to engaging in further discovery efforts.

WHEREFORE, for the foregoing reasons, the Parties respectfully request that the Court grant their Joint Motion for an Extension of the Discovery Period and grant the Parties an extension of time through and including March 9, 2007, to complete fact discovery. The Parties also request a corresponding extension of the remaining deadlines in the case.

Dated: December 22, 2006.

Respectfully submitted,

_____/s/_____
Alan Lescht (D.C. Bar No. 441691)
Alan Lescht & Associates, P.C.
1050 17th St., N.W. Suite 220
Washington, D.C. 20036
(202) 463-6036
Attorneys for Plaintiff

_____/s/_____
Grace E. Speights (D.C. Bar No. 392091)
Karen E. Gray (D.C. Bar No. 472341)
Heather S. Gelfuso (D.C. Bar No. 487575)
Morgan Lewis & Bockius, LLP
1111 Penn. Ave., NW
Wash., DC 20004
(202) 739-3000
Fax (202) 739-3001
Attorneys for Defendant

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TERESA NG ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 05-1936 (JGP) |
| ) | |
| UBS FINANCIAL SERVICES, INC., ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon consideration of the Parties' Fifth Joint Motion for an Extension of the Discovery Period, and the entire record herein, it is this _____ day of _____, 200_, hereby

**ORDERED** that the Parties' Fifth Joint Motion for an Extension of the Discovery Period is **GRANTED**; and it is further

**ORDERED** that the Parties shall have through and including March 9, 2007, to complete fact discovery; and it is further

**ORDERED** that the remaining deadlines in this case shall each be extended by sixty days as follows:

| | |
|---|---|
| Disclosure of experts and Rule 26(a)(2) reports due | May 4, 2007 |
| Rebuttal disclosures and reports | June 1, 2007 |
| Deposition of experts completed | July 6, 2007 |
| Status Hearing | July ___, 2007 |
| Dispositive motions due | September 12, 2007 |
| Oppositions to dispositive motions due | October 12, 2007 |
| Replies in support of dispositive motions due | October 26, 2007 |

                                              Hon. John Garrett Penn
                                              United States District Judge