UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TERESA NG, | ) |
|         Plaintiff, | ) |
| v. | ) Civil Action No. 05-1936 (JGP) |
| UBS FINANCIAL SERVICES, INC. | ) |
|         Defendant. | ) |

**ORDER**

Upon consideration of the parties' **Fifth Joint Motion and Memorandum for an Extension of the Discovery Period** [25], it is hereby

**ORDERED** that the motion is **GRANTED**; and it is further

**ORDERED** that the parties comply with the following modified discovery and dispositive motions schedule:

1. The parties shall complete all factual discovery on or before March 9, 2007.

2. On or before May 4, 2007, the parties shall disclose any experts they intend to call as witnesses and file expert reports pursuant to Fed. R. Civ. P. 26(a)(2).

3. The parties may disclose any rebuttal experts and file expert reports on or before June 1, 2007.

4. Depositions of experts, if any, are to be conducted on or before July 6, 2007.

5. The status hearing previously set for May 15, 2007, is continued to July 17, 2007, at 10:00 A.M. in Courtroom 15.

6. The parties may file dispositive motions on or before September 12, 2007.

7. The parties may file oppositions to dispositive motions on or before October 12, 2007.

8. The parties may file replies in support of dispositive motions on or before October 26, 2007.

**SO ORDERED.**


**DATE: January 5, 2007**                                          **JOHN GARRETT PENN**
                                                                    **United States District Judge**