IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TERESA NG | ) |
|     Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 1:05CV01936 |
| UBS FINANCIAL SERVICES INC. | ) (JGP) ) |
|     Defendant. | ) ) |

## MOTION TO WITHDRAW AS COUNSEL TO PLAINTIFF

The undersigned moves to withdraw as counsel to plaintiff for non payment of fees.

Date: February 1, 2007

Respectfully submitted,

*/s/ Alan Lescht*
Alan Lescht
Susan Kruger
Alan Lescht & Assoc., PC
1050 17th St., NW, Suite 220
Wash., D.C. 20036
Tel (202) 463-6036
Fax (202) 463-6067
Attorneys for Plaintiff

Certificate of Service

The last known address of the plaintiff Teresa Ng is 10404 Falls forest Pl., Great Falls, VA 22066. I have served upon Ms. Ng by regular mail on February 1, 2007, a copy of this motion and a notice advising her to notify the Clerk in writing within five days of service of this motion whether she intends to obtain other counsel, or if she intends to conduct the case pro se or to object to the withdrawal, so notify the Clerk in writing within five days of service of the motion.

_____
Alan Lescht

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TERESA NG | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:05CV01936 |
| | ) |
| UBS FINANCIAL SERVICES INC. | ) |
| | ) |
| Defendant. | ) |

MEMORANDUM IN SUPPORT OF
MOTION TO WITHDRAW AS COUNSEL TO PLAINTIFF

The undersigned moves to withdraw as counsel to plaintiff for non payment of fees. The undersigned was retained as counsel pursuant to a written retainer agreement. The retainer agreement required that plaintiff furnish counsel with retainer deposits to cover the expected fees of the case when requested by counsel. The retainer agreement provides that counsel may withdraw if plaintiff does not furnish the requested retainer. Plaintiff has not tendered the requested retainer despite repeated requests from counsel and so the undersigned seeks to withdraw as her counsel.

Respectfully submitted,

Date: February 1, 2007

Alan Lescht
Susan Kruger
Alan Lescht & Assoc., PC
1050 17th St., NW, Suite 220
Wash., D.C. 20036
Tel (202) 463-6036
Fax (202) 463-6067
Attorneys for Plaintiff

3