IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TERESA NG<br><br>Plaintiff,<br><br>v.<br><br>UBS FINANCIAL SERVICES INC.<br><br>Defendant. | Civil Action No. 1:05CV01936<br>(JGP) |

### ORDER

Upon consideration of the motion of Alan Lescht & Assoc., PC to withdraw as counsel for plaintiff, it is hereby ORDERED that the motion is GRANTED; and the Clerk is directed to strike the appearance of Alan Lescht and Susan Kruger as counsel for the plaintiff.

Date:

_____
Hon. John G. Penn
USDJ