**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| TERESA NG ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 05-1936 (JGP) |
| ) | |
| UBS FINANCIAL SERVICES, INC., ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S OPPOSITION TO PLAINTIFF'S COUNSEL'S**
**MOTION TO WITHDRAW AS COUNSEL TO PLAINTIFF**

Defendant UBS Financial Services, Inc., by and through its undersigned counsel, hereby opposes Plaintiff's counsel's Motion to Withdraw as Counsel to Plaintiff, and in support thereof states as follows.

On February 1, 2007, Plaintiff's counsel filed their Motion to Withdraw as Counsel to Plaintiff. At the time of filing, Defendant had previously scheduled and noticed the deposition of Plaintiff for February 14, 2007. In addition, Defendant's counsel had been attempting for several weeks to coordinate with Plaintiff's counsel the scheduling of three (3) additional depositions, including one out-of-town deposition. To date, because Defendant's counsel was waiting for Plaintiff's counsel to confirm dates, these depositions have not been scheduled. The deadline for discovery in this matter is March 9, 2007.

Defendant opposes Plaintiff's counsel's withdrawal at this time because it will cause undue delay in this case in that it will likely affect Defendant's ability to complete discovery within the discovery period. Specifically, the withdrawal of Plaintiff's counsel

will likely result in a delay of Plaintiff's previously scheduled and noticed deposition, as well as a delay in the scheduling and completion of the remaining depositions. Accordingly, this Court should deny the motion to withdraw at this time. To the extent, however, that the Court is inclined to grant counsel's Motion to Withdraw as Counsel to Plaintiff, Defendant respectfully requests that the Court order Plaintiff to appear for her deposition noticed for February 14, 2007, and order that Defendant may proceed with scheduling and conducting the remaining depositions despite the withdrawal of Plaintiff's counsel.

Dated: February 6, 2007.

Respectfully submitted,

_____/s/_____
Grace E. Speights (D.C. Bar No. 392091)
Karen E. Gray (D.C. Bar No. 472341)
Heather S. Gelfuso (D.C. Bar No. 487575)
Morgan Lewis & Bockius, LLP
1111 Penn. Ave., NW
Wash., DC 20004
(202) 739-3000
Fax (202) 739-3001
Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 6th day of February, 2007, a true and correct copy of the foregoing Defendant's Opposition to Plaintiff's Counsel's Motion to Withdraw as Counsel to Plaintiff was sent via United States mail, postage prepaid, to:

>Alan Lescht (D.C. Bar No. 441691)
>Alan Lescht & Associates, P.C.
>1050 17th St., N.W. Suite 220
>Washington, D.C. 20036
>(202) 463-6036
>Attorneys for Plaintiff
>
>Teresa Ng
>10404 Falls Forest Place
>Great Falls, VA  22066
>Plaintiff

      /s/
      Karen E. Gray