IN THE UNITED STATES DISTRICT OFFICE
FOR THE DISTRICT OF COLUMBIA.

RECEIVED
FEB 6 - 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TERESA NG,   (PLAINTIFF),

V.

UBS FINANCIAL SERVICES, INC (DEFENDANT)

CIVIL ACTION No. 1:05CV01936 (JGP)

---

PLAINTIFF'S RESPONSE TO FILING OF COURT MOTION TO WITHDRAW AS COUNSEL TO PLAINTIFF, AND REQUEST BY PLAINTIFF TO SEEK NEW COUNSEL AND POSTPONTMENT AND EXTENSION OF ALL INCOMING LEGAL PROCEDURES.

DEAR HONORABLE JUDGE PENN:

I AM WRITING TO THE COURT REGARDING THE MOTION FILED BY MY COUNSEL ALAN LESCHT AND SUSAN KRUGER OF ALAN LESCHT & ASSOCIATES, PC, LOCATED AT 1050 17TH STREET, NW, WASHINGTON, DC 20036 TO WITHDRAW AS MY COUNSEL.

I WOULD LIKE TO INFORM THE COURT THAT I AM VERY SURPRISE AND DISAPPOINTED AS TO MR. LESCHT'S DECISION AND ACTION TO WITHDRAW. I WAS NEVER GIVEN ANY IMPRESSION THAT HE HAD DECIDED TO TAKE SUCH A STEP.

ADDENDUM RESPONSE BY PLAINTIFF TO
MOTION TO WITHDRAW BY COUNSEL, ETC
TERESA NG V. UBS FINANCIAL SERVICES, INC
CIVIL ACTION No.  1:05cv01936 (JGP)
DATED FEBRUARY 3, 2007
PAGE #2

BEFORE RECEIVING, ON FEBRUARY 2, 2007, A COPY OF THE MOTION TO WITHDRAW BY MR. LESCHT, DATED FEBRUARY 1, 2007, MR. LESCHT AND I HAD AGREED TO MEET FOR THE PREPARATION OF THE FEBRUARY 14, 2007 DEPOSITION.  I HAD LEFT MR. LESCHT A TELEPHONE MESSAGE ON HIS OFFICE TELEPHONE RECORDER, ON FEBRUARY 1, 2007, THAT I WAS PLANNING TO MEET WITH HIM THIS COMING THURSDAY, FEBRUARY 8, 2007, TO PREPARE FOR THE UPCOMING DEPOSITON, AND TO GIVE HIM THE REQUESTED AMOUNT FOR THE CONTINUATION OF HIS SERVICES.

IF MR. LESCHT DOES NOT WISHES TO BE MY COUNSEL, AND DOES NOT HAVE MY BEST INTEREST IN THIS MATTER, I ASK THE COURT TO GRANT ME A REASONABLE AMOUNT OF TIME TO SEEK NEW REPRESENTATION.

ADDITIONALLY, DUE TO THE CIRCUMSTANCES REGARDING MY CASE, I WOULD LIKE TO REQUEST THAT THE COURT GRANT ME A POSTPONTMENT OF THE DEPOSITION THAT WAS SCHEDULED FOR FEBRUARY 14, 2007 WITH DEFENDANT'S COUNSEL UNTIL I OBTAIN NEW LEGAL REPRESENTATION.

ADDENDUM RESPONSE BY PLAINTIFF TO
MOTION TO WITHDRAW BY COUNSEL, ETC
TERESA NG V. UBS FINANCIAL SERVICES, INC
CIVIL ACTION No. 1:05cv01936 (JGP)
DATED FEBRUARY 3, 2007
PAGE #3

FURTHERMORE, I REQUEST FROM THE COURT A POSTPONMENT AND/OR EXTENSION OF ANY AND ALL INCOMING LEGAL PROCEDURES UNTIL I AM NEWLY REPRESENTED.

IF THE COURT PERMITS, I WOULD ALSO LIKE TO REQUEST THE COURT TO REQUEST FROM MR. LESCHT THAT HE FORWARDS TO MY ATTENTION ANY AND ALL INFORMATION (VERBAL OR NON VERBAL), AND ALL DOCUMENTS (NOTES, DISCOVERIES, CORRESPONDENCES, AND ALL) COLLECTED DURING THE PERIOD OF REPRESENTATION. THESE DOCUMENTS SHOULD BE FORWARDED TO MY HOME ADDRESS 10404 FALLS FOREST PLACE, GREAT FALLS, VA 22066.

I ALSO ASK THE COURT TO NOTIFY ME OF YOUR DECISION REGARDING THIS MATTER AT YOUR EARLIEST CONVENIENCE, SO THAT I MAY PROCEED ACCORDINGLY. SHOULD THE COURT HAVE ANY QUESTIONS, I MAY BE REACHED BY MAIL OR TELEPHONE 703-421-1808.

ADDENDUM RESPONSE BY PLAINTIFF TO
MOTION TO WITHDRAW BY COUNSEL, ETC
TERESA NG V. UBS FINANCIAL SERVICES, INC
CIVIL ACTION No. 1:05cv01936 (JGP)
DATED FEBRUARY 3, 2007
PAGE #4


THANK YOU FOR YOUR TIME AND CONSIDERATION.

                                              RESPECTFULLY SUBMITTED,

                                              TERESA L. NG
                                              PLAINTIFF


FEBRUARY 5, 2001
DATE OF SIGNATURE


CC: ALAN LESCHT AND SUSAN KRUGER
ALAN LESCHT & ASSOCIATES, PC, LOCATED AT 1050 17TH STREET, NW,
WASHINGTON, DC 20036