**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TERESA NG ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 05-1936 (JGP) |
| ) | |
| UBS FINANCIAL SERVICES, INC., ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO CONTINUE

Defendant UBS Financial Services, Inc., by and through its undersigned counsel, hereby opposes Plaintiff's Motion to Continue, and in support thereof states as follows.

On February 1, 2007, Plaintiff's counsel filed their Motion to Withdraw as Counsel to Plaintiff. At the time of filing, Defendant had previously scheduled and noticed the deposition of Plaintiff for February 14, 2007. In addition, Defendant's counsel had been working with Plaintiff's counsel to schedule three (3) additional depositions, including one out-of-town deposition. Due to Plaintiff's counsel's motion to withdraw, however, these depositions were not scheduled. The deadline for discovery in this matter is March 9, 2007. On February 5, 2007, in response to her counsel's Motion to Withdraw as Counsel to Plaintiff, Ms. Ng filed her motion to continue. In her motion, Plaintiff seeks a continuance of her February 14, 2007 deposition, as well as all remaining deadlines in this matter.

Defendant opposed Plaintiff's counsel's withdrawal because Defendant feared it would cause an undue delay in this case and affect Defendant's ability to complete discovery within the discovery period. Plaintiff's motion affirms the validity of those

concerns. Accordingly, as stated in Defendant's Opposition to Plaintiff's counsel's Motion to Withdraw as Counsel to Plaintiff, Defendant respectfully requests that this Court deny the motion to withdraw at this time. To the extent, however, that the Court is inclined to grant counsel's Motion to Withdraw as Counsel to Plaintiff, Defendant requests that the Court order Plaintiff to appear for her deposition noticed for February 14, 2007, and order that Defendant may proceed with scheduling and conducting the remaining depositions despite the withdrawal of Plaintiff's counsel.

Dated: February 9, 2007.

                Respectfully submitted,

                _____/s/_____
                Grace E. Speights (D.C. Bar No. 392091)
                Karen E. Gray (D.C. Bar No. 472341)
                Heather S. Gelfuso (D.C. Bar No. 487575)
                Morgan Lewis & Bockius, LLP
                1111 Penn. Ave., NW
                Wash., DC 20004
                (202) 739-3000
                Fax (202) 739-3001
                Attorneys for Defendant

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on this 9th day of February, 2007, a true and correct copy of the foregoing Defendant's Opposition to Plaintiff's Motion to Continue was sent via United States mail, postage prepaid, to:

     Alan Lescht (D.C. Bar No. 441691)
     Alan Lescht & Associates, P.C.
     1050 17th St., N.W. Suite 220
     Washington, D.C. 20036
     (202) 463-6036
     Attorneys for Plaintiff

     Teresa Ng
     10404 Falls Forest Place
     Great Falls, VA  22066
     Plaintiff

     _____/s/_____
     Karen E. Gray