UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TERESA NG,                          :
                                    :
            Plaintiff,              :
                                    :
      v.                            :    Civil Action No. 05-1936 (JGP)
                                    :
UBS FINANCIAL SERVICES, INC.,       :
                                    :
                                    :
            Defendant.              :


## ENTRY OF APPEARANCE

PLEASE ENTER the appearance of Tina M. Maiolo, Esquire and Colleen E. Durbin,
Esquire, as counsel for Teresa Ng.

                                         Respectfully submitted,

CARR MALONEY P.C.                        CARR MALONEY P.C.

*Tina M. Maiolo*                         *Colleen E. Durbin*

_____         _____
Tina M. Maiolo, #454987                  Colleen E. Durbin, #500039
1615 l Street, N.W., Suite 500           1615 L Street, N.W.
Suite 500                                Suite 500
Washington, D.C. 20036                   Washington, D.C.  20036
(202) 310-5500 (telephone)               (202) 310-5500 (telephone)
(202) 310-5555 (facsimile)               (202) 310-5555 (facsimile)

Ng Entry of Appearance

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a copy of the foregoing Entry of Appearance was e-filed on this 12th day of April, 2007 to:

>Heather Scanlon Gelfuso, Esquire
>Grace E. Speights, Esquire
>Karen Ellen Gray, Esquire
>Morgan, Lewis & Bockius, LLP
>1111 Pennsylvania Ave., NW
>Washington, DC 20004

_____
Colleen E. Durbin

Ng Entry of Appearance