UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TERESA NG, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 05-1936 (JGP) |
| | : |
| UBS FINANCIAL SERVICES, INC., | : |
| | : |
| Defendant. | : |

**MOTION FOR AN EXTENSION OF THE DISCOVERY PERIOD**

Plaintiff Teresa Ng, by and through undersigned counsel, respectfully moves this Court for a one-hundred and twenty (120) day[1] extension of the discovery period in the above-entitled matter, which is presently scheduled to close on April 23, 2007. For the reasons set forth below, plaintiff cannot complete discovery within the present discovery period.

On February 1, 2007 Alan Lescht and Susan Krugar filed a Motion to Withdraw as Attorneys for Teresa Ng. Over defendant's objections, the Court granted that Motion on February 12, 2007. In the same Memorandum Order, the Court postponed all legal proceedings and extended the discovery period 45 days to allow Ms. Ng to retain new counsel. On March 23, 2007 counsel for UBS sent Ms. Ng a letter regarding the status of her search for an attorney and the scheduling of depositions before the close of discovery. Ms. Ng responded in a letter on March 27, 2007 stating that she was in the process of retaining an attorney and asked that depositions not be scheduled until counsel is retained.

Ms. Ng retained the services of undersigned counsel on April 12, 2007. With discovery closing in less than two weeks, undersigned counsel would be unable to engage in meaningful discovery. At least four depositions need to be taken and discovery responses supplemented.

Undersigned counsel needs time to review all documents and pleadings in order to provide Ms. Ng competent and informed representation.

WHEREFORE, for the forgoing reasons, plaintiff respectfully requests that the Court grant her Motion for an Extension of the Discovery Period and allow the parties to August 23, 2007 to complete fact discovery. Plaintiff also requests a corresponding extension of the remaining deadlines.

Respectfully submitted,

CARR MALONEY P.C.

*Colleen E. Durbin*

_____
Tina M. Maiolo, Esquire, #454987
Colleen E. Durbin, Esquire, #500039
1615 L Street, N.W.
Suite 500
Washington, D.C. 20036
(202) 310-5500 (Telephone)
(202) 310-5555 (Facsimile)

---

[1] Counsel for UBS has consented to a 30 day extension of the discovery period.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TERESA NG, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 05-1936 (JGP) |
| | : |
| UBS FINANCIAL SERVICES, INC., | : |
| | : |
| Defendant. | : |

## STATEMENT PURSUANT TO LcvR 7(m)

Undersigned counsel for Teresa Ng represents to the Court that counsel for UBS Financial Services, Inc. was contacted regarding this motion and they have consented to a thirty (30) day extension of the discovery period.

Respectfully submitted,

CARR MALONEY P.C

*Colleen E. Durbin*

_____
Tina M. Maiolo, Esquire, #454987
Colleen E. Durbin, Esquire, #500039
1615 L Street, N.W.
Suite 500
Washington, D.C. 20036
(202) 310-5500 (Telephone)
(202) 310-5555 (Facsimile)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TERESA NG, | : |
|     Plaintiff, | : |
| v. | :    Civil Action No. 05-1936 (JGP) |
| UBS FINANCIAL SERVICES, INC., | : |
|     Defendant. | : |

## ORDER

This matter came before the Court on Plaintiff's Motion for an Extension of the Discovery Period. Upon consideration, it is hereby

ORDERED that Plaintiff's Motion is GRANTED. The parties shall have until August 23, 2007 to complete fact discovery. It is further

ORDERED that the remaining deadlines in this case shall each be extended by one-hundred and twenty days as follows:

| | |
|---|---|
| Disclosure of experts and Rule 26(a)(2) reports due | October 18, 2007 |
| Rebuttal disclosures and reports | November 16, 2007 |
| Depositions of experts completed | December 20, 2007 |
| Status Hearing | December ___, 2007 |
| Dispositive motions due | February 26, 2008 |
| Opposition to dispositive motions due | March 26, 2008 |
| Replies in support of dispositive motions | April 10, 2008 |

Entered this ____ day of April 2007.

_____
Hon. John Garrett Penn
United States District Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion for an Extension of the Discovery Period was e-filed on this 12th day of April, 2007 to:

>Heather Scanlon Gelfuso, Esquire
>Grace E. Speights, Esquire
>Karen Ellen Gray, Esquire
>Morgan, Lewis & Bockius, LLP
>1111 Pennsylvania Ave., NW
>Washington, DC 20004

Colleen E. Durbin