UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TERESA NG, | : |
|       Plaintiff, | : |
| v. | :   Civil Action No. 05-1936 (JGP) |
| UBS FINANCIAL SERVICES, INC., | : |
|       Defendant. | : |

**ENTRY OF APPEARANCE**

PLEASE ENTER the appearance of Tina M. Maiolo, Esquire and Colleen E. Durbin, Esquire, as counsel for Teresa Ng.

                                            Respectfully submitted,

CARR MALONEY P.C.                      CARR MALONEY P.C.

*/s/ Tina M. Maiolo*                            */s/ Colleen E. Durbin*

Tina M. Maiolo, #454987               Colleen E. Durbin, #500039
1615 l Street, N.W., Suite 500          1615 L Street, N.W.
Suite 500                                           Suite 500
Washington, D.C. 20036                Washington, D.C. 20036
(202) 310-5500 (telephone)            (202) 310-5500 (telephone)
(202) 310-5555 (facsimile)             (202) 310-5555 (facsimile)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Entry of Appearance was e-filed on this 12th day of April, 2007 to:

>Heather Scanlon Gelfuso, Esquire
>Grace E. Speights, Esquire
>Karen Ellen Gray, Esquire
>Morgan, Lewis & Bockius, LLP
>1111 Pennsylvania Ave., NW
>Washington, DC 20004

_____
Colleen E. Durbin