IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TERESA NG ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:05CV01936 |
| ) | |
| UBS FINANCIAL SERVICES INC. ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR
AN EXTENSION OF THE DISCOVERY PERIOD**

Defendant UBS Financial Services Inc. ("Defendant" or "UBSFS"), by and through its undersigned counsel, respectfully submits its opposition to Plaintiff's Motion for an Extension of the Discovery Period. For the reasons set forth more fully below, Plaintiff's request for an additional one-hundred and twenty (120) days to complete discovery is excessive and would result in harm to Defendant UBS. Defendant consents to a thirty (30) day extension of the discovery period to allow Plaintiff's new counsel time to review the case materials.

Plaintiff was hired by UBSFS on March 26, 2001, in the position of Cashier. From the beginning, Plaintiff's performance was not consistent with UBSFS' standards. Plaintiff needed to be repeatedly counseled by her supervisor regarding her poor job performance. Specifically, Plaintiff was counseled about her lack of attention to detail and carelessness, which at one point resulted in lost/misplaced client checks. Additionally, she was counseled about her tone of voice, demeanor and behavior, which was perceived by co-workers as rudeness and which did not engender teamwork or a collegial work environment. During the verbal counseling sessions, as well as in the written warning she received on July 3, 2001, it was reiterated that Plaintiff must improve her performance or risk further disciplinary action, up to and including termination.

- 2 -

Despite repeated counseling, Plaintiff's performance failed to improve. In fact, it was as if management never spoke with her about her deficiencies. So much so that, on August 9, 2001, in an effort to make sure Plaintiff was absolutely clear on what was expected of her, certain cashier duties were reduced to writing and given to Plaintiff.

Nevertheless, Plaintiff's performance did not improve. Various Branch personnel continued to complain about Plaintiff's poor performance and repeated errors that she made. As a result, after only six months of employment, Plaintiff was terminated on August 29, *2001*. The sole reason for her discharge was her poor job performance during her tenure with UBSFS.

On August 19, 2005, Plaintiff filed a complaint in the Superior Court for the District of Columbia. Defendant removed the case to the United States District Court for the District of Columbia on September 30, 2005. Since that time, the parties have moved for, and been granted, six extensions of the discovery period. Defendant served Plaintiff with discovery requests in March 2006, to which Plaintiff responded in October 2006. Plaintiff served Defendant with discovery requests in March 2006 to which Defendant responded in October 2006. Depositions in this case were originally scheduled for November and December 2006 and have been rescheduled multiple times at the request of Plaintiff and her former counsel.

A thirty (30) day extension of the discovery period is sufficient time for Plaintiff's new counsel to review the documents exchanged in discovery and become acquainted with all of the facts in this case. The documents exchanged in discovery are only a few hundred pages and the issues in this litigation – discrimination and/or harassment based on race and sex and retaliation – are not complex. Given that Plaintiff was terminated from her employment with Defendant over five and a half years ago, any additional extensions of the discovery period unfairly impact Defendant as memories of the individuals involved fade and as individuals leave the employment

- 3 -

of Defendant.  An extension of an additional one hundred and twenty (120) days is unnecessary as Plaintiff's counsel does not need that length of time to familiarize themselves with Plaintiff's claims and the discovery exchanged to date in this case.

      WHEREFORE Defendant requests that the Court grant Plaintiff's Motion for an Extension of the Discovery Period in part and deny the motion in part and grant an extension of the discovery period for thirty days, through and including May 23, 2007.  Defendant consents to a corresponding thirty (30) day extension of the remaining deadlines in this case, with the exception of the deadline for dispositive motions, for which Defendant requests a 45-day extension to avoid deadlines for both parties that would conflict with the holidays.

Dated:  April 17, 2007

                                            Respectfully submitted,

                                            _____/s/_____
                                            Grace E. Speights (D.C. Bar No. 392091)
                                            Karen E. Gray (D.C. Bar No. 472341)
                                            Heather S. Gelfuso (D.C. Bar No. 487575)
                                            MORGAN, LEWIS & BOCKIUS LLP
                                            1111 Pennsylvania Ave., N.W.
                                            Washington, D.C.  20004
                                            (202) 739-3000
                                            (202) 739-3001 (Fax)
                                            Attorneys for Defendant UBS Financial Services Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TERESA NG, )<br>　)<br>　　　Plaintiff, )<br>　)<br>　v. )<br>　)<br>UBS FINANCIAL SERVICES INC. )<br>　)<br>　　　Defendant. )<br>　) | Civil Action No. 1:05CV01936 |

## ORDER

Upon consideration of Plaintiff's Motion for an Extension of the Discovery Period, Defendant's Opposition thereto, and the entire record herein, it is this _____ day of _____, 2007, hereby

**ORDERED** that the Plaintiff's Motion for an Extension of the Discovery Period is **GRANTED IN PART AND DENIED IN PART**; and it is further

**ORDERED** that the discovery period in this matter shall be extended for a period of thirty (30) days; and it is further

**ORDERED** that Parties shall have through and including May 23, 2007, to complete fact discovery; and it is further

**ORDERED** that the remaining deadlines in this case shall each be extended as follows:

| | |
|---|---|
| Disclosure of experts and Rule 26(a)(2) reports due | July 18, 2007 |
| Rebuttal disclosures and reports | August 15, 2007 |
| Deposition of experts completed | September 19, 2007 |
| Status Hearing | September ___, 2007 |
| Dispositive motions due | December 10, 2007 |
| Oppositions to dispositive motions due | January 9, 2007 |
| Replies in support of dispositive motions due | January 23, 2007 |

                                                        _____
                                                        Hon. John Garrett Penn
                                                        United States District Judge

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a copy of the foregoing Defendant UBS Financial Services Inc.'s Opposition to Plaintiff's Motion for an Extension of the Discovery Period was served by electronic filing upon counsel for Plaintiff:

>Tine M. Maiolo, Esq.
>Colleen E. Durbin, Esq.
>CARR MALONEY P.C.
>1615 L Street, NW
>Suite 500
>Washington, DC 20036

                                      /s/
                                Karen E. Gray