UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TERESA NG, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 05-1936 (JGP) |
| | : | |
| UBS FINANCIAL SERVICES, INC., | : | |
| | : | |
| | : | |
| Defendant. | : | |

**TERESA NG'S REPLY IN SUPPORT OF THE MOTION
FOR AN EXTENSION OF THE DISCOVERY PERIOD**

Plaintiff Teresa Ng, by and through undersigned counsel, respectfully submits this reply in support her motion for a one-hundred and twenty (120) day extension of the discovery period in the above-entitled matter, which is presently scheduled to close on April 23, 2007. For the reasons set forth below, Plaintiff cannot complete discovery by May 23, 2007.

Defendant's request for a mere thirty (30) day extension is unreasonable and would severely prejudice Plaintiff. Counsel for Plaintiff has yet to obtain and review copies of all pleadings in the matter. They must also complete their review of documents already produced (over 500 bates stamped pages from Defendant alone). After this review counsel will likely supplement Plaintiff's discovery requests to Defendant. Should the Court allow an extension of only thirty (30) days, counsel for Plaintiff runs the very real risk of having Defendant refuse to answer any supplemental discovery because the discovery period may have closed prior to the thirty (30) days Defendant has to answer. Thus, Plaintiff will be irreparably harmed and irreversibly prejudiced if not given enough time for her counsel to properly represent her.

Furthermore, it will be incredibly burdensome, if not impossible, to schedule at least four depositions, one in New Jersey, in less than one month. Counsel for both parties and the witnesses

have busy schedules and finding agreeable dates in May may prove untenable.

WHEREFORE, for the forgoing reasons, Plaintiff respectfully requests that the Court grant her Motion for an Extension of the Discovery Period and allow the parties to August 23, 2007 to complete fact discovery. Plaintiff also requests a corresponding extension of the remaining deadlines.

                                                        Respectfully submitted,

                                                        CARR MALONEY P.C.

                                                        */s/ Colleen E. Durbin*

                                                        _____
                                                        Tina M. Maiolo, Esquire, #454987
                                                        Colleen E. Durbin, Esquire, #500039
                                                        1615 L Street, N.W.
                                                        Suite 500
                                                        Washington, D.C. 20036
                                                        (202) 310-5500 (Telephone)
                                                        (202) 310-5555 (Facsimile)

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Reply was e-filed on this 18th day of April, 2007 to:

>Heather Scanlon Gelfuso, Esquire
>Grace E. Speights, Esquire
>Karen Ellen Gray, Esquire
>Morgan, Lewis & Bockius, LLP
>1111 Pennsylvania Ave., NW
>Washington, DC 20004

*/s/ Colleen E. Durbin*

_____
Colleen E. Durbin

3

Case 1:05-cv-01936-GK    Document 38    Filed 04/18/2007    Page 4 of 4