UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TERESA NG, | : |
| | : |
|     Plaintiff, | : |
| | : |
| v. | :  Civil Action No. 05-1936 (JGP) |
| | : |
| UBS FINANCIAL SERVICES, INC., | : |
| | : |
|     Defendant. | : |

### JOINT STATUS REPORT

Pursuant to the Minute Order entered by Chief Judge Thomas F. Hogan, the parties hereby submit the following status report:

Teresa Ng filed suit against UBS Financial Services, Inc. ("UBSFS"), her former employer, alleging that she was wrongfully terminated for reporting alleged sexual harassment and racial discrimination during her five-month period of employment with the Firm. On September 30, 2005 UBSFS removed the matter to the United Stated District Court for the District of Columbia. UBSFS also filed an Answer in which it vigorously denied Ms. Ng's allegations. On February 1, 2007 Alan Lescht and Susan Krugar filed a Motion to Withdraw as Attorneys for Teresa Ng. Over UBSFS' objections, the Court granted that Motion on February 12, 2007. In the same Memorandum Order, the Court postponed all legal proceedings and extended the discovery period 45 days to allow Ms. Ng to retain new counsel. On March 23, 2007 counsel for UBS sent Ms. Ng a letter regarding the status of her search for an attorney and the scheduling of depositions before the close of discovery. Ms. Ng responded in a letter on March 27, 2007 stating that she was in the process of retaining an attorney and asked that depositions not be scheduled until counsel was retained.

Ms. Ng retained the services of current counsel on April 12, 2007 who filed a motion for a 120 day extension of the discovery period. The Honorable Judge Penn granted the motion, which is

1-WA/2819687.1

attached hereto as Exhibit A.  The parties have been actively engaged in discovery, having taken several depositions, including that of Ms. Ng.  Pursuant to the Court's Order, discovery closed on August 23, 2007.  Since the parties' schedules did not allow for the completion of all depositions prior to that date, the parties agreed to take the depositions of three additional fact witnesses out of time, and scheduled two of those depositions for September 13, 2007.  The parties are attempting to schedule the third deposition.  The parties do not see the need for any further extensions and plan to proceed as required by the Court's Order, with the next status hearing scheduled for January 9, 2008.

Should the Court require any additional information, the parties will supplement this Status Report.

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS, LLP

_____/s/_____
Grace E. Speights, Esquire, #392091
Karen Ellen Gray, Esquire, #472341
Heather S. Gelfuso, Esquire, #487575
1111 Pennsylvania Ave., NW
Washington, DC 20004
(202) 739-3000 (phone)
(202) 739-3001 (fax)

CARR MALONEY P.C.

_____/s/_____
Tina M. Maiolo, Esquire #454987
Colleen E. Durbin, Esquire #50039
1615 L Street, NW
Suite 500
Washington, DC 20036
(202) 310-5500 (phone)
(202) 310-5555 (fax)

1-WA/2819687.1