UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| TERESA NG, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) Civil Action No. 05-1936 (JCP) |
|  | ) |
| UBS FINANCIAL SERVICES INC., | ) |
|  | ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

Please enter the appearance of Jeffrey G. Huvelle, of Covington & Burling, as counsel in this case for defendant UBS Financial Services Inc.

Respectfully submitted,

/s/
Jeffrey G. Huvelle (Bar No. 227769)
COVINGTON & BURLING
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Phone: (202) 662-5526
Fax:    (202) 778-5526

*Attorney for Defendant UBS Financial Services Inc.*

Date: September 11, 2007