**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TERESA NG, )<br> )<br> Plaintiff, )<br> )<br> v. )<br> )<br>UBS FINANCIAL SERVICES INC., )<br> )<br> Defendant. )<br> ) | Civil Action No. 05-1936 (JCP) |

**MOTION TO PERMIT M. ALEXIA DE POTTERE-SMITH**
**TO APPEAR *PRO HAC VICE***

Pursuant to LCvR 83.2(d), Jeffrey G. Huvelle, counsel of record for UBS Financial Services, Inc. hereby moves this Court to permit M. Alexia de Pottere-Smith to appear *pro hac vice* in this matter. A supporting declaration accompanies this motion.

Respectfully submitted,

/s/
Jeffrey G. Huvelle (Bar No. 227769)
COVINGTON & BURLING
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Phone: (202) 662-5526
Fax:   (202) 778-5526

Date: September 11, 2007        *Attorney for UBS Financial Services, Inc.*