UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TERESA NG, )<br> )<br> Plaintiff, )<br> )<br> v. )<br> )<br>UBS FINANCIAL SERVICES INC., )<br> )<br> Defendant. ) ) | Civil Action No. 05-1936 (JCP) |

### DECLARATION OF M. ALEXIA DE POTTERE-SMITH

I, M. Alexia de Pottere-Smith, certify as follows:

1. My full name is Madelaine Alexia de Pottere-Smith. I am submitting this declaration in support of the motion to permit my appearance pro hac vice before this Court in this matter.

2. I am an attorney at the law firm of Covington & Burling, 1201 Pennsylvania Avenue NW, Washington, DC 20004. The telephone number of my firm is (202) 662-6000.

3. I am a member of the Bar of the State of Maryland.

4. I certify that I have not been disciplined by any bar.

5. I have not been admitted pro hac vice in this Court at any time in the last two years.

6. I practice law in the District of Columbia pursuant to Rule 49(c)(8). My application for membership to the Bar of the District of Columbia is pending.

       I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on September 11, 2007 in Washington, D.C.

                                                /s/
                                      M. Alexia de Pottere-Smith