UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TERESA NG, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 05-1936 (JGP) |
| : | |
| UBS FINANCIAL SERVICES, INC., : | |
| : | |
| Defendant. : | |

## WITHDRAWAL OF APPEARANCE

PLEASE WITHDRAW the appearance of Colleen E. Durbin, Esquire, as counsel for Teresa Ng.

                                                  Respectfully submitted,

                                                  CARR MALONEY P.C.

*/s/ Colleen E. Durbin*

_____
Colleen E. Durbin, #500039
1615 L Street, N.W.
Suite 500
Washington, D.C. 20036
(202) 310-5500 (telephone)
(202) 310-5555 (facsimile)

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing Withdrawal of Appearance was e-filed on this 1st day of October, 2007 to:

Jeffrey G. Huvelle, Esq.
COVINGTON & BURLING
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2494
(202) 662-5169 (phone)
(202) 778-5169 (fax)

                                                    _____
                                                    Colleen E. Durbin