UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **TERESA NG,** | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 1:05CV01936 |
| **UBS FINANCIAL SERVICES, INC.,** | ) ) ) | |
| Defendant. | ) ) | |

**JOINT MOTION TO EXTEND DEADLINES
FOR EXPERT DISCOVERY AND FACT DEPOSITIONS**

Plaintiff Teresa Ng and Defendant UBS Financial Services, Inc. ("UBSFS"), by and through their undersigned counsel, hereby jointly move the Court for extensions of the deadlines for expert discovery and for completing several fact depositions.

In support of the motion, the Parties state as follows:

1. The scheduling order adopted by Judge John Garrett Penn currently provides for summary judgment motions to be filed on February 26, 2008. The Parties expect to comply with this deadline and do not request that it be changed.

2. The Parties filed a Joint Status Report on September 5, 2007, in response to the Minute Order entered by Chief Judge Thomas F. Hogan. At that time, the Parties indicated that three depositions remained outstanding and, by agreement, were still being pursued. In addition, the scheduling order provides for expert discovery to be conducted during the period from October 18, 2007 until December 20, 2007.

3. On September 11, 2007, Defendant UBSFS retained new counsel in this matter. On October 1, 2007, Colleen Durbin withdrew as counsel for Plaintiff Teresa Ng.

Plaintiff's other counsel, Tina Maiolo, is currently on sick leave and has recently associated new counsel to assist her. Counsel for both Parties therefore require additional time to familiarize themselves with the litigation.

The Parties therefore respectfully request the following extensions:

| | |
|---|---|
| Plaintiff's disclosure of experts/filing of expert reports: | November 15, 2007 |
| Defendant's disclosure of experts/filing of expert reports | December 20, 2007 |
| Parties' disclosure of rebuttal experts/filing of expert reports | January 3, 2008 |
| Depositions of experts | January 24, 2008 |
| Completion of fact depositions | December 20, 2007 |

WHEREFORE, for the foregoing reasons, the Parties respectfully request that the Court grant their Joint Motion to Extend Deadlines for Expert Discovery and Fact Depositions and grant the Parties the extensions as requested herein.

Dated: October 16, 2007                                    Respectfully submitted,

/s/
Tina Maiolo (Bar No. 454987)
CARR MALONEY P.C.
1615 L Street, NW, Suite 500
Washington, DC 20036
Phone: (202) 310-5500
Fax:    (202) 310-5555

*Attorney for Teresa Ng*

/s/
Jeffrey G. Huvelle (Bar No. 227769)
Eric H. Holder, Jr. (Bar No. 303115)
M. Alexia dePottere-Smith (*pro hac vice* pending)
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Phone: (202) 662-5526
Fax:    (202) 778-5526

*Attorneys for UBS Financial Services, Inc.*