UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TERESA NG,<br><br>        Plaintiff,<br><br>   v.<br><br>UBS FINANCIAL SERVICES INC.,<br><br>        Defendant. | Civil Action No. 1:05CV01936 |

## ORDER

Upon consideration of the Parties' Joint Motion to Extend Deadlines for Expert Discovery and Fact Depositions, it is hereby

**ORDERED** that the Plaintiff shall have through and including November 15, 2007, to disclose experts and file Rule 26(a)(2) reports.

**ORDERED** that the Defendant shall have through and including December 20, 2007, to disclose experts and file Rule 26(a)(2) reports.

**ORDERED** that the Parties shall have through and including January 3, 2008, to disclose rebuttal experts and file Rule 26(a)(2) reports.

**ORDERED** that the Parties shall have through and including January 24, 2008, for the depositions, if any, of experts.

**ORDERED** that the Parties shall have through and including December 20, 2007, to complete fact depositions.

**SO ORDERED**.

**DATE:**                                                                _____
                                                                            **United States District Judge**