CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

TERESA NG                )
                         )
                         )
                         )
         Plaintiff       )
                         )
                         )
    v.                   )    Civil Case Number 05-1936 (GK)
                         )
                         )
UBS FINANCIAL SERVICES, INC.  )    Category    H
                         )
                         )
         Defendant       )

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on October 25, 2007 from Judge John Garrett Penn to Judge Gladys Kessler by direction of the Calendar Committee.

(Randomly reassigned)

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case
Management Committee

cc:   Judge Kessler & Courtroom Deputy
      Liaison, Calendar and Case Management Committee
      Civil Case Processing Clerk ✓