UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **TERESA NG,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:05CV01936 (GK) |
| | ) | |
| **UBS FINANCIAL SERVICES, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**JOINT MOTION TO REFER MATTER TO MEDIATION
AND EXTEND DEADLINES**

Plaintiff Teresa Ng and Defendant UBS Financial Services, Inc. ("UBSFS") hereby jointly request that the Court refer this matter to Magistrate Judge John M. Facciola for mediation.

To permit the parties to focus on the mediation and to avoid unnecessary expense, the Parties also jointly move the Court to extend the deadlines for completion of fact depositions and disclosure of Defendant's experts until 30 days after the conclusion of mediation (if it does not resolve this matter) and that the status conference, now set for January 9, 2008, be postponed until after completion of mediation.

WHEREFORE, for the foregoing reasons, the Parties respectfully request that the Court grant their Joint Motion to Refer Matter to Mediation and Extend Deadlines and grant the Parties the extensions as requested herein.

Dated: December 3, 2007                      Respectfully submitted,

/s/
Tina Maiolo (Bar No. 454987)
CARR MALONEY P.C.
1615 L Street, NW, Suite 500
Washington, DC 20036
Phone: (202) 310-5500
Fax:    (202) 310-5555

*Attorney for Plaintiff Teresa Ng*

/s/
Jeffrey G. Huvelle (Bar No. 227769)
Eric H. Holder, Jr. (Bar No. 303115)
M. Alexia dePottere-Smith (*pro hac vice* pending)
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Phone: (202) 662-5526
Fax:    (202) 778-5526

*Attorneys for Defendant*
  *UBS Financial Services, Inc.*