UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TERESA NG, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UBS FINANCIAL SERVICES INC., )<br>)<br>Defendant. )<br>) | Civil Action No. 1:05CV01936 (GK) |

## ORDER

Upon consideration of the Parties' Joint Motion to Refer Matter to Mediation and Extend Deadlines, it is hereby

**ORDERED** that the matter is referred to Magistrate Judge John M. Facciola for mediation; and it is further

**ORDERED** that the deadlines for completion of fact depositions and disclosure of Defendant's experts and filing of expert reports be extended until 30 days after the conclusion of mediation; and it is further

**ORDERED** that the status conference scheduled for January 9, 2008 will be rescheduled upon completion of the mediation.

**SO ORDERED**.

**DATE:** _____
**United States District Judge**