IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TERESA NG, )<br>　　　　Plaintiff, )<br>　v. )<br>UBS FINANCIAL SERVICES INC., )<br>　　　　Defendant. ) | Civil Action No. 1:05CV01936 |

### NOTICE OF WITHDRAWAL OF COUNSEL FOR DEFENDANT

Please withdraw the appearance of the following counsel for Defendant UBS Financial Services Inc.:

> Grace E. Speights (D.C. Bar No. 392091)
> Karen E. Gray (D.C. Bar No. 472341)
> Heather S. Gelfuso (D.C. Bar No. 487575)
> MORGAN, LEWIS & BOCKIUS LLP
> 1111 Pennsylvania Avenue, N.W.
> Washington, D.C. 20004
> Telephone: (202) 739-3000
> Facsimile: (202) 739-3001

Jeffrey Huvelle of Covington & Burling will continue to represent Defendant.

Date: January 29, 2008

Respectfully submitted,

　　　　　　　　/s/ Heather S. Gelfuso
Grace E. Speights (D.C. Bar No. 392091)
Karen E. Gray (D.C. Bar No. 472341)
Heather S. Gelfuso (D.C. Bar No. 487575)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
202-739-3000
202-739-3001 (facsimile)

1-WA/2917598.1

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that I served via U.S. mail, postage prepaid, a copy of the foregoing Notice of Withdrawal of Counsel for Defendant this 29th day of January 2008 upon counsel for Defendant and counsel for Plaintiff:

>Jeffrey G. Huvelle
>COVINGTON & BURLING
>1201 Pennsylvania Avenue, NW
>Washington, DC 20004-2494
>*Counsel for Defendant*

>Tina M. Maiolo
>CARR MALONEY PC
>1615 L Street NW
>Suite 500
>Washington, DC 20036
>*Counsel for Plaintiff*

                                                /s/ Heather S. Gelfuso
                                              Heather S. Gelfuso