# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TERESA NG,                )<br>                                            )<br>            Plaintiff,        )<br>                                            )<br>    v.                                 )<br>                                            )<br>UBS FINANCIAL SERVICES INC.,  )<br>                                            )<br>            Defendant.     )<br>                                            ) | Civil Action No. 1:05CV01936 (GK) |

## JOINT MOTION TO POSTPONE THE STATUS CONFERENCE

Plaintiff Teresa Ng and Defendant UBS Financial Services Inc. ("UBSFS") hereby jointly request that the Court postpone the status conference set for February 13, 2008 on the grounds that (1) counsel for both parties are unavailable on that date and (2) the parties are in the final stages of negotiating a resolution of this matter.

A proposed order is submitted herewith.

Dated: February 7, 2008

Respectfully submitted,

/s/
Tina Maiolo (Bar No. 454987)
CARR MALONEY P.C.
1615 L Street, NW, Suite 500
Washington, DC 20036
Phone: (202) 310-5500
Fax:    (202) 310-5555
*Attorney for Plaintiff Teresa Ng*

/s/
Jeffrey G. Huvelle (Bar No. 227769)
Eric H. Holder, Jr. (Bar No. 303115)
M. Alexia dePottere-Smith (*pro hac vice* pending)
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Phone: (202) 662-5526
Fax:    (202) 778-5526
*Attorneys for Defendant UBS Financial Services, Inc.*