UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **TERESA NG,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:05CV01936 (GK) |
| | ) | |
| **UBS FINANCIAL SERVICES INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## **ORDER**

Pursuant to the joint request filed by Plaintiff Teresa Ng and Defendant UBS Financial Services Inc., it is hereby ordered that the status conference set for February 13, 2008 is postponed.

_____
The Honorable Gladys Kessler
United States District Judge

_____
Date