# Carr Maloney P.C.

1615 L Street, NW
Suite 500
Washington, DC  20036
(202) 310-5500
FAX (202) 310-5555
www.carrmaloney.com

Tycon Towers
8000 Towers Crescent Drive
Suite 1350
Vienna, VA  22182
(703) 691-8818

The World Trade Center
401 East Pratt Street
Suite 1622
Baltimore, MD  21202
(410) 752-1570

8120 Woodmont Avenue
Suite 650
Bethesda, MD  20814
(301) 424-7024

**Tina M. Maiolo**
**(202) 310-5585**
Admitted in VA, DC and MD
E-mail: tm@carrmaloney.com

February 28, 2008

The Honorable Gladys Kessler
United States District Court
 For the District of Columbia
United States Court House
333 Constitution Avenue, NW
Washington, DC 20001

      RE:    Ng v. UBS Financial Services, Inc.
                Case No: 1:05-CV-1936
                <u>Our File No.:  10507VA003</u>

Dear Judge Kessler:

      In compliance with your minute order dated February 11, 2008, and with the consent of counsel for UBSFS, I am writing to notify you that the parties have reached an agreement as to the material terms and conditions of settlement and are in the process of negotiating the actual settlement document.

      If you need any additional information, please do not hesitate to contact me at 202-310-5585.

                                  Respectfully,

                                  *Tina M. Maiolo*
                                Tina M. Maiolo, Esq.
                                Counsel for Plaintiff

cc:    Jeffrey Huvelle (via e-mail only)
        Counsel for Defendant