UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TERESA NG, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 05-1936 (JGP) |
| | : |
| UBS FINANCIAL SERVICES, INC., | : |
| | : |
| Defendant. | : |

### STATUS REPORT

COMES NOW, Plaintiff, Teresa Ng, by and through undersigned counsel, and in accordance with The Honorable Gladys Kessler's Minute Order dated February 11, 2008, and with the consent of counsel for UBSFS, hereby notifies the Court that the parties have reached an agreement as to the material terms and conditions of settlement and are in the process of negotiating the actual settlement document.

Respectfully submitted,

CARR MALONEY P.C.

By:_____
    Tina M. Maiolo, Esquire, #454987
    1615 L Street, NW, Suite 500
    Washington, DC 20036
    (202) 310-5500/(202) 310-5555 (FAX)
    Attorney for Plaintiff

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 29th day of February, 2008, a copy of the foregoing was sent via the Court's electronic filing system and via first class mail to Jeffrey G. Huvelle, Esq., Covington & Burling, 1201 Pennsylvania Avenue, NW, Washington, DC 20004, Attorney for Defendant.

_____
Tina M. Maiolo