**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **TERESA NG,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UBS FINANCIAL SERVICES, INC., )<br>)<br>Defendant. )<br>) | Misc. Action No. 05-1936 (GK) |

## ORDER

A Status Report was filed in this case on February 29, 2008, indicating that the parties have reached an agreement as to the material terms and conditions of settlement and are in the process of negotiating the actual settlement document. Upon consideration of the representations of the parties, it is hereby

**ORDERED** that on or before **March 25, 2008,** the parties file with the Court a Joint Praecipe of Dismissal, indicating that the above-captioned case has been resolved by settlement agreement and requesting that the case be dismissed.

February 29, 2008

/s/
GLADYS KESSLER
U.S. District Judge

**Copies to**: attorneys on record via ECF