UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TERESA NG,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) Civil Action No. 1:05CV01936 (GK) |
| **UBS FINANCIAL SERVICES INC.,** | ) ) ) |
| **Defendant.** | ) ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Having entered into a full settlement of all claims, the Parties hereby stipulate that Plaintiff's claims in this action be and hereby are dismissed with prejudice, and, except as agreed to by the Parties, that each Party will bear its own costs and attorneys' fees.

A proposed order is attached.

Respectfully submitted,

| /s/ | /s/ |
|---|---|
| Tina Maiolo (Bar No. 454987) | Jeffrey G. Huvelle (Bar No. 227769) |
| CARR MALONEY P.C. | Eric H. Holder, Jr. (Bar No. 303115) |
| 1615 L Street, NW, Suite 500 | M. Alexia dePottere-Smith (*pro hac vice*) |
| Washington, DC 20036 | COVINGTON & BURLING LLP |
| Phone: (202) 310-5500 | 1201 Pennsylvania Avenue, NW |
| Fax:    (202) 310-5555 | Washington, DC 20004-2401 |
| | Phone: (202) 662-5526 |
| | Fax:    (202) 778-5526 |
| *Attorney for Plaintiff Teresa Ng* | *Attorneys for Defendant UBS Financial Services, Inc.* |

March 31, 2008