UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **TERESA NG,** | ) | |
|  | ) | |
| **Plaintiff,** | ) | |
|  | ) | |
| v. | ) | Civil Action No. 1:05CV01936 (GK) |
|  | ) | |
| **UBS FINANCIAL SERVICES INC.,** | ) | |
|  | ) | |
| **Defendant.** | ) | |

## [PROPOSED] ORDER

Pursuant to the stipulation filed by Plaintiff Teresa Ng and Defendant UBS Financial Services Inc., it is hereby ORDERED:

1. Plaintiff's Complaint is DISMISSED with prejudice; and

2. The Clerk of the Court shall CLOSE the case.

_____
The Honorable Gladys Kessler
United States District Judge

_____
Date