UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TERESA NG, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 05-1936 (GK) |
| | : | |
| UBS FINANCIAL SERVICES, INC., | : | |
| | : | |
| Defendant. | : | |

## ORDER

Pursuant to the Stipulation filed by Plaintiff Teresa Ng and Defendant UBS Financial Services, Inc., it is this 9th day of April, 2008, hereby

**ORDERED** that Plaintiff's Complaint is **dismissed with prejudice**; and it is further

**ORDERED** that the Clerk of Court shall **close** the case.

/s/
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**